**MARC B. HERSHOVITZ, P.C.**

ATTORNEY AT LAW

ONE ALLIANCE CENTER
4TH FLOOR
3500 LENOX ROAD
ATLANTA, GEORGIA 30326

(404) 262-1425
(404) 262-1474 FAX

WWW.HERSHOVITZ.COM
MARC@HERSHOVITZ.COM

February 26, 2013

*Via Certified Mail,*
*Return Receipt Requested;*
*& First Class Mail*

David L. Rouen Jr.
SME Inc., USA d/b/a Superior Medical Equipment
P.O. Box 15209
Wilmington, North Carolina 28408

David L. Rouen Jr.
SME Inc., USA d/b/a Superior Medical Equipment
5949 Carolina Beach Road
Wilmington, North Carolina 28412

    **RE:** ***Your Violation of the Telephone Consumer Protection Act***

Dear Mr. Rouen:

    I represent Carol J. Manheim d/b/a Plantation Plaza Therapy Center regarding SME Inc., USA's violation of federal law by sending unsolicited advertisements to my client's fax machine. Please direct all correspondence regarding this matter to my attention.

    The Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, prohibits the sending of unsolicited advertisements, commonly called "junk faxes," to fax machines. Anyone that is the victim of a TCPA violation can file a lawsuit to recover $500 per fax or their actual monetary loss, whichever is greater. If the court finds that the advertiser willfully or knowingly violated the law, the court may increase the amount of the award to $1,500 per fax. Under the TCPA, "willful" means that the junk fax was not sent by accident or mistake, even if the resulting violation of the TCPA was unintended. Similarly, "knowingly" requires knowledge of the actions that constitute the violation, not that the actions violate the law.

    SME Inc., USA d/b/a Superior Medical Equipment recently sent unsolicited advertisements to my client's fax machine. Superior Medical Equipment sent its

David L. Rouen Jr.
SME Inc., USA d/b/a Superior Medical Equipment
February 26, 2013
Page 2

junk faxes to my client on October 1 and November 12, 2012. I've enclosed a copy of each three-page illegal junk fax for your reference. Superior Medical Equipment violated the TCPA and, thus, its liability for the $500-per-fax statutory damages is clear. It is also clear that Superior Medical Equipment's conduct will be held to be a willful and knowing violation of the TCPA. Thus, its liability will be increased by a court to $1,500 per fax.

Please take all steps necessary to preserve evidence regarding your fax-advertising campaign. Materials that we demand that you preserve include, but are not limited to, lists or databases of all fax numbers called as part of your company's fax-advertising campaign, copies of all advertisements sent as part of your company's fax-advertising campaign, billing records from your telephone-service provider, and lists or databases of all fax numbers to which a successful fax transmission was delivered. If you used a third party to conduct your fax-advertising campaign, please demand that the third party preserve the materials described above regarding your company's fax-advertising campaign, and preserve all contracts, advertisements, informational documents, billing documents, and other materials the third party supplied to your business.

My client demands $3,000 in full payment of its claim for damages. If $3,000 is not received by my office within ten days of the date of this letter, my client intends to use whatever legal process is necessary to redress your company's illegal junk-faxing, including suing your company for violations of the TCPA, plus interest and attorneys' fees in accordance with other applicable law.

Should you have any questions, please do not hesitate to contact my office. Do not send any more faxes to my client.

Sincerely,

Marc B. Hershovitz

MBH/cll
Enclosures
cc: Ms. Carol J. Manheim

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David L. Rowen, Jr.
SME, Inc.
6949 Carolina Beach Rd
Wilmington, NC 28412

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0006 2271 8988

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

manheim

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Marc B. Hershovitz, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10