# Exhibit A

(Settlement Agreement)

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Carol Manheim d/b/a Plantation Plaza Therapy Center, individually and on behalf of all other persons similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>SME Inc., USA d/b/a Superior Medical Equipment,<br><br>     Defendant. | Case No. 2:14-cv-02856-DCN |

# Settlement Agreement

The proposed class represented by plaintiff Carol Manheim d/b/a Plantation Plaza Therapy Center ("Manheim") and SME Inc., USA d/b/a Superior Medical Equipment ("SME"), defendant, enter into this Agreement to settle the above-styled action according to the terms set out below, subject to the approval of the United States District Court as required by Federal Rule of Civil Procedure 23(e).

This Agreement sets forth the terms under which SME and the proposed Class to be represented by Manheim will settle the Class's claims for a settlement package valued at $975,000.

— 1 —

## Background Information

On August 13, 2014, Manheim served SME with the initial Complaint in this case along with her Motion for Class Certification. Soon thereafter, the parties' counsel initiated conversations about possible resolution of the litigation.

The parties entered into a Confidentiality Agreement on October 7, 2014, and began an exchange of documents and information for the purpose of negotiating a settlement. SME provided to plaintiff and her counsel documents relating to its fax transmissions and financial condition from 2011 to the present.

On December 29, 2014, pursuant to FCC Order 1-164, SME filed an application for waiver of the Junk Fax rules with respect to certain faxes which are the subject of this lawsuit. That Application is currently pending.

On January 21, 2015, SME filed a Motion to Dismiss with a supporting Memorandum, and a Response to Plaintiff's Motion for Class Certification. On February 6, 2015, Manheim filed her Response to SME's Motion to Dismiss and an Amended Complaint. While this was going on, the parties continued to negotiate a settlement of the litigation.

Months of extensive, hard-fought, arms-length negotiations culminated in a Memorandum of Understanding being executed on April 3, 2015, which

— 2 —

outlined an agreement to settle and resolve all issues in this case on a class-wide basis. After the Memorandum of Understanding was executed, SME produced additional documents and data requested by Manheim to confirm, among other things, the facts of the claims being settled and to value the injunctive relief that is part of the settlement. Working from the Memorandum of Understanding, the parties prepared this Settlement Agreement.

## Agreement

In consideration for the promises contained in this Agreement, Manheim and SME hereby agree as follows:

1. *Definitions*. The following terms will have the following meanings when used in this Agreement:

    a. *The Class*. "The Class" or "the Proposed Class" means all persons, natural or otherwise, throughout the United States to whom SME sent or caused to be sent, at any time from July 16, 2010, to the present, one or more facsimile or fax transmissions with content substantially similar to those fax transmissions contained in Exhibits A, B, C, D, E, F, G, H, I, J, K, L, or M.

    b. *Class Counsel*. "Class Counsel" means Marc B. Hershovitz and his law firm, Marc B. Hershovitz, P.C., and John Nichols and Clarke Newton

— 3 —

and their law firm, Bluestein, Nichols, Thompson & Delgado, LLC.

c. *Class Representative*. "Class Representative" means Carol Manheim d/b/a Plantation Plaza Therapy Center.

d. *Final Approval*. The District Court's approval of this settlement will be considered a "Final Approval" if no appeal is filed after the entry of the District Court's final order approving the settlement and the time for filing any appeal from that order has expired, or, if an appeal is filed, when the mandate from the appellate court affirming the District Court's final order approving this settlement is filed in the District Court.

e. *SME's Database*. "SME's Database" means the database of fax numbers that SME used to send its advertising faxes.

2. *No Admission of Wrongdoing*. This Agreement compromises and settles disputed claims and should not be construed as any sort of admission of any wrongdoing by any party. The parties enter into this Agreement to avoid the time, trouble, and expense of continued litigation. The Class Representative and Class Counsel believe that it is in the best interests of the Class as a whole that the claims asserted in this case be resolved on the terms and conditions set forth in this Agreement. SME has denied and continues to deny each and every allegation of liability, wrongdoing,

and damages, and asserts that it has substantial factual and legal defenses to all claims and class allegations in this case. SME maintains and continues to maintain that it has acted in accordance with governing law. Nonetheless, SME has concluded that because continuation of the litigation would be protracted and expensive, it is desirable that the litigation be fully and finally settled on a class-wide basis in the manner and upon the terms set forth in this Agreement.

3.  *Class-Wide Settlement*. SME and the Class will settle the Class's claims for a settlement package valued at $975,000. The settlement package includes the $650,000 maximum cash consideration that SME will pay in accordance with paragraphs 3.a, 3.b.i, and 3.b.ii, plus the value of the injunctive relief detailed in paragraph 3.d, to which the parties assign a value of $325,000.

    a.  *Establishment of Settlement Fund*. Within 10 days of the District Court granting preliminary approval to this Agreement, SME will pay $375,000 into escrow to establish a fund ("the Settlement Fund") that will be used to pay all valid claims from class members, settlement costs (which includes notice to class members of the proposed settlement and claims-administration costs), and Class Counsel's attorney's fees and expenses. This payment will be made to an

independent, experienced, and reputable claims-administration firm that will be selected by Class Counsel with the approval of SME to serve as the claims administrator if the District Court approves this Agreement. SME will not unreasonably withhold, condition, or delay its approval of the claims-administration firm selected by the Class.

b. *If Claims Exhaust Settlement Fund as Initially Funded*.

   i. *Second Funding*. If the Claims Administrator determines that the number of valid claims made by absent class members on the Settlement Fund as initially funded by SME are such that all the claims cannot be paid in full due to the deduction from the Settlement Fund of Class Counsel's attorneys' fees and expenses, the case-contribution payment to the class representative, and the class-notice and claims-administration costs, then the Claims Administrator will so notify SME. SME must then deposit an additional $137,500 into the Settlement Fund within 10 days. For the purpose of determining whether the Settlement Fund as initially funded will be exhausted, the Claims Administrator shall presume that the District Court will award Class Counsel $162,500 in attorneys' fees and expenses and that the total claims-administration costs will be $25,000.

ii. *Third Funding*. If the Claims Administrator determines that the number of valid claims made by absent class members on the Settlement Fund as initially and subsequently funded by SME are such that all the claims cannot be paid in full due to the deduction from the Settlement Fund of Class Counsel's attorneys' fees and expenses, the case-contribution payment to the class representative, and the class-notice and claims-administration costs, then the Claims Administrator will so notify SME. SME must then deposit an additional $137,500 into the Settlement Fund within 10 days. For the purpose of determining whether the Settlement Fund will be exhausted, the Claims Administrator shall presume that the District Court will award Class Counsel $162,500 in attorneys' fees and expenses and that the total claims-administration costs will be $25,000.

iii. *If Claims Exhaust Settlement Fund After Subsequent Fundings by SME*. If the number of valid claims made on the Settlement Fund after SME deposits the additional $275,000 required by paragraphs 3.b.i and 3.b.ii of this Agreement into the Settlement Fund after the initial funding are such that all the claims cannot be paid in full due to the deduction from the Settlement Fund of

Class Counsel's attorneys' fees and expenses, the case-contribution payment to the class representative, and the class-notice and claims-administration costs, then the claims of absent class members will be paid on a *pro rata* basis.

c. *If Claims Do Not Exhaust Settlement Fund*. After payment of all valid claims, Class Counsel's attorneys' fees and expenses, the case-contribution payment to the class representative, and the class-notice and claims-administration costs, any money remaining in the Settlement Fund, including accrued interest, will be returned to SME within 30 days of the last payment being made from the Settlement Fund.

d. *Injunctive Relief*. The parties will request that the District Court enter an order permanently enjoining SME from using any fax machine, computer, or other device to send any unsolicited advertisements to class members' telephone facsimile machines.

4. *SME Consents to Class Certification for Settlement Purposes Only*. SME consents to class certification for settlement purposes only and only in accordance with the terms of this Agreement. If the settlement does not receive Final Approval, or this Agreement is otherwise terminated or rendered null and void, the certification of the above-described Class

shall be automatically vacated and shall not constitute evidence or a

binding determination that the requirements for certification of a

nationwide class for litigation purposes in this or any other action can be

or have been satisfied. If the settlement does not receive Final Approval,

or this Agreement is otherwise terminated or rendered null and void,

SME reserves all rights to challenge certification of the Class described

in this Agreement, or any other class, for litigation purposes in this case

or in any other action.

5.  *Notice to Class Members*. Parties will propose a plan of notice by fax.

    After this proposed settlement and notice plan is preliminarily approved

    by the District Court, notice to class members about the settlement, how

    to opt out of the class, how to make claims for payment from the

    Settlement Fund, and how to file objections will be made by fax. If the

    District Court rejects the proposed notice plan, notice shall be provided

    in such other manner as the District Court directs.

    a.  *Fax Notice*. Within 30 days of the District Court granting preliminary

        approval to the settlement and notice plan, the Claims Administrator

        will send via fax a notice in substantially the same form and content

        as the form attached as Exhibit N-1 (the "Fax Notice") to all fax

        numbers listed in SME's Database. If SME's Database contains

duplicate fax numbers, only one Fax Notice will be sent to each distinct fax number no matter how many times it appears in the Database. No sending of the Fax Notice should take place before 9 a.m., after 5 p.m., or on weekends or holidays. After sending the Fax Notice as required by this paragraph, the Claims Administrator will provide Class Counsel and counsel for SME with a list of the valid claims it has received on a weekly basis.

b. *Second Fax Notice*. If at least $100,000 in valid claims are not received by the Claims Administrator within 50 days of the District Court granting preliminary approval to this Agreement or 35 days of the Claims Administrator sending the Fax Notice to the fax numbers listed in SME's Database, whichever is later, the Claims Administrator will send a second fax notice in substantially the same form and content as the form attached as Exhibit N-1 to all fax numbers listed in SME's Database. The Claims Administrator will not send this second fax notice to those fax numbers for which a valid claim has already been submitted. No sending of the Fax Notice should take place before 9 a.m., after 5 p.m., or on weekends or holidays.

c. *Resending the Fax Notice*. When sending the Fax Notice as required

under paragraphs 5.a and 5.b, the Claims Administrator will resend the Fax Notice to each fax number on up to two separate occasions if the previous sending of the Fax Notice does not result in a confirmed successful transmission. Each resending of the Fax Notice should take place on the next business day after the previous sending that did not result in a confirmed successful transmission.

d. *Website*. Within 30 days of the District Court granting preliminary approval to this Agreement, the Claims Administrator will publish an Internet website at www.smeclassaction.com (or another domain name that is mutually agreed upon by the parties) that provides class members with information about this case and that allows class members to obtain the forms necessary to opt out of the Class and submit claims for payment from the Settlement Fund. The website will provide information and relevant documents related to this settlement, including but not limited to all applicable deadlines, the Detailed Notice attached to this Agreement as Exhibit N-2, Class Notice, FAQs and answers, orders of the Court pertaining to the settlement, this Agreement, a toll-free telephone number, and contact addresses for the Claims Administrator for e-mail and U.S. mail. The parties shall agree on all information and documents to be posted on

this website. The cost of creating and maintaining this website will be a claims-administration expense.

e. *Toll-Free Number*. A toll-free number will be maintained by the Claims Administrator for a minimum period of 90 days following the sending of the initial fax notice to class members to respond to inquiries concerning the settlement. The cost of maintaining the toll-free number will be a claims-administration expense.

6. *Claim Forms*. Class members will be directed to a website, www.smeclassaction.com or another domain name that is mutually agreed upon by the parties, to obtain the form or forms necessary to submit claims for payment from the Settlement Fund. Those requesting a claim form will be requested to enter the fax number that they owned during the relevant period (January 1, 2012 to December 31, 2013). Those that enter a number that is in SME's Database will receive a claim form that they can print from their computer (a class member may also request that the Claims Administrator mail the class member the claim form if the class member is unable to print the claim form from their computer). Those that enter a number that is not in that database will not receive a claim form.

7. *Valid Claims*. To have a claim paid from the Settlement Fund, each

absent class member will be required to declare under penalty of perjury:

a.  that they were assigned a telephone number during the relevant

    period (January 1, 2012 to December 31, 2013) that appears in SME's

    database; and

b.  that such telephone number was used during that time for receiving

    fax transmissions.

8.  *One Claim Per Fax Number*. There shall be only one claimant for any one

    telephone number in SME's Database. Further, each claimant will only

    be entitled to have one claim paid from the Settlement Fund regardless

    of how many telephone numbers owned by any particular claimant are in

    SME's Database or how many separate advertisements SME sent or

    caused to be sent to any particular claimant.

9.  *Claims Administrator's Cross Check*. SME's Database has names

    associated with its fax numbers. The Claims Administrator will cross

    check all claims submitted to determine whether the claims are filed in

    the name associated with the fax number in SME's Database. If the

    names do not match, the Claims Administrator will contact the claimant

    and request backup information. A copy of a phone bill issued during the

    relevant period (January 1, 2012 to December 31, 2013) for the fax

    number at issue will be considered conclusive proof of the validity of the

claimant's claim, as will, for cross-check purposes only, a copy of any of the fax transmissions sent by SME.

10. *Deadline for Class Members to Opt Out, Submit Claims, or Otherwise Object to the Settlement*. To have a claim paid from the Settlement Fund, each absent class member will be required to submit a claim form to the Claims Administrator that is postmarked within 100 days of the date of entry of the District Court's order granting preliminary approval to the settlement, or by such other date as the District Court may require. If the 100th day falls on a weekend or legal holiday, the deadline will be the next business day after the 100th day. This will be the same deadline for class members to opt out of the Class or to file an objection to the terms of the settlement.

11. *Payments to Absent Class Members*. Subject to the terms of paragraph 3.b.iii of this Agreement, each absent class member that submits a valid claim will be entitled to receive from the Settlement Fund up to $500.

12. *Uncashed Checks*. If any check paying a valid claim from a class member is not cashed or otherwise negotiated within 180 days of its issuance by the Claims Administrator, the Claims Administrator shall deliver the funds for that particular class member within 30 days to the appropriate government official or office in accordance with the unclaimed-property

laws for the state to which the class member requested payment be mailed.

13. *Case-Contribution Payment to Class Representative*. Manheim will request to be paid a case-contribution payment of $5,000 out of the Settlement Fund. SME will not oppose or in any way object to Manheim's request for this case-contribution payment for her service as the class representative.

14. *Class Counsel's Attorneys' Fees*. Class Counsel will request that its attorneys' fees and expenses be paid out of the Settlement Fund. Class Counsel will request that the District Court approve attorneys' fees of $162,500 to be paid from the Settlement Fund. Class Counsel will also request that they be reimbursed from the Settlement Fund for the reasonable, actual out-of-pocket expenses that they incurred in prosecuting this class action and representing the Class. SME will not oppose or in any way object to Class Counsel's request regarding its fees and expenses.

15. *Case Contribution Payment & Attorneys' Fees to be Considered Separately from Settlement*. The case-contribution payment to the Class Representative and attorneys' fees and expenses to be paid and reimbursed to Class Counsel are to be considered by the Court separately

from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement. Any order or proceedings relating to the applications for a case-contribution payment to the Class Representative and attorneys' fees and expenses to be paid and reimbursed to Class Counsel, or any appeal from any order relating thereto, or the reversal or modification thereof, shall not operate to terminate or cancel this Agreement, or affect or delay the finality of any judgment approving the Agreement and the settlement.

16. *Class-Notice and Claims-Administration Costs*. All reasonable and necessary fees and expenses charged by the Claims Administrator associated with notifying the Class about this case and this settlement, with obtaining preliminary and final approval of this Agreement, and with the claims-administration process, including but not limited to fees and expenses associated with assisting class members, processing claims, escrowing funds, issuing and mailing payments, paying taxes and tax expenses, and other reasonable fees and expenses will be paid to the Claims Administrator from the Settlement Fund.

17. *Tax Treatment of Settlement Fund*.

    a. The Settling Parties will treat the bank account containing the Settlement Fund as a "qualified settlement fund" within the meaning

of Treasury Regulations 1.468B-I through 1.468B-5, 26 C.F.R. 1.468B-1 through 1.468B-5 (1992). They will treat the Settlement Fund as a qualified settlement fund for all reporting purposes under the federal tax laws. In addition, the Escrow Agent—and, as may be required, SME—will jointly and timely make the "relation-back election" (as defined in Treasury Regulation 1.468B-1) back to the earliest permitted date. Such election will be made in compliance with the procedures and requirements contained in such regulations. It will be the responsibility of the Escrow Agent to timely and properly prepare and deliver the necessary documentation for signature by all necessary parties, and thereafter to cause the appropriate filing to occur.

b.  The Claims Administrator will be the Escrow Agent within the meaning of section 468B of the Internal Revenue Code of 1986 and Treasury Regulation 1.468B for the Settlement Fund. The Escrow Agent will timely and properly file all informational and other tax returns necessary or advisable with respect to the Settlement Fund (including without limitation the returns described in Treasury Regulation 1.468B-2(k)). Such returns will reflect that all taxes (including any estimated taxes, interest, or penalties) on the income

earned by the Settlement Fund will be paid out of the Settlement Fund.

c.   All (a) taxes (including any estimated taxes, interest, or penalties) arising with respect to the income earned by the Settlement Fund ("Taxes") and (b) expenses and costs incurred in connection with the operation and implementation of settlement administration (including without limitation expenses of tax attorneys and accountants and mailing and distribution costs and expenses relating to filing, or failing to file, the returns) ("Tax Expenses"), will be paid out of the Settlement Fund; in no event will SME have any liability or responsibility for the Taxes, the Tax Expenses, or the filing of any tax returns or other documents with the Internal Revenue Service or any other state or local taxing authority. The Escrow Agent and the Settlement Fund will indemnify and hold SME harmless for Taxes and Tax Expenses (including without limitation Taxes payable by reason of any such indemnification). Furthermore, Taxes and Tax Expenses will be timely paid by the Escrow Agent out of the Settlement Fund without prior Court order, and the Escrow Agent will be obligated (notwithstanding anything herein to the contrary) to withhold from distribution to claimants any funds necessary to pay

such amounts (as well as any amounts that may be required to be withheld under Treasury Regulation 1.468B-2(1)-(2)); SME is not responsible for and will have no liability therefore, or for any reporting requirements that may relate thereto. The parties agree to cooperate with the Escrow Agent, each other, and their tax attorneys and accountants to the extent reasonably necessary to carry out the provisions of this Paragraph and settlement administration.

18. *Release and Covenant Not to Sue by the Class.*

    a. Upon the Final Approval of this settlement, each class member—regardless of whether they have claimed benefits under the settlement—shall, by operation of the Settlement Order and Final Judgment, release and forever discharge SME and its shareholders, officers, directors, attorneys, agents, employees, successors, and assigns from all claims, whether legal or equitable, arising from or related to SME sending advertisements to fax machines or causing advertisements to be sent to fax machines at any time since July 16, 2010, with content substantially similar to those fax transmissions contained in Exhibits A, B, C, D, E, F, G, H, I, J, K, L, or M. Contingent upon the Final Approval of this settlement, each class member— regardless of whether they have claimed benefits under the

settlement—shall, by operation of this Order, covenant not to sue the released parties regarding any of the released claims. This release and covenant not to sue is conditioned upon SME's compliance with all provisions of this Agreement and the Settlement Order and Final Judgment that are executory at the time of the Final Approval of this settlement, and this release will not bar or affect any claim that the Class may have against any of the released parties for breach of the terms of this Agreement or for failure to comply with any term of the Preliminary Approval Order or the Settlement Order and Final Judgment. Without in any way limiting their scope, the release and covenant not to sue covers all claims for attorneys' fees, costs, expert fees, consultant fees, interest, litigation fees, or any other fees, costs, or disbursements incurred by Class Counsel, or by the Class Representative, except to the extent otherwise specified in this Agreement.

b.  In connection with the foregoing release, the Class Representative and each absent class member will be deemed, as of the entry of the Settlement Order and Final Judgment, to have waived all provisions, rights, and benefits conferred by Section 1542 of the California Civil Code and any statute, rule, or legal doctrine similar, comparable, or

equivalent to California Civil Code § 1542, which provides that "[a] general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor. To the extent that anyone might argue that these principles of law are applicable—notwithstanding that the parties have chosen South Carolina law to govern this Agreement—the Class Representative agrees, and each absent class member will be deemed to agree, that the provisions of all such principles of law or similar federal or state laws, rules, rights, or legal principles, to the extent they are found to be applicable, are hereby knowingly and voluntarily waived, relinquished, and released. The Class Representative recognizes, and each absent class member will be deemed to recognize, that, even if they may later discover facts in addition to or different from those which they now know or believe to be true, they nevertheless agree that, upon entry of the Settlement Order and Final Judgment, they fully, finally, and forever settle and release all claims covered by the releases set forth in this Agreement. The parties acknowledge that the releases set forth in this Agreement were bargained for and are a material element of the Agreement.

c.  Nothing in this Agreement shall preclude any action to enforce the terms of this Agreement. The releases set forth in this Agreement are not intended to include the release of any rights or duties of the parties arising out of this Agreement, including the express warranties and covenants contained in this Agreement.

19.  *No Outstanding Liens*. The Class Representative and Class Counsel represent that there are no outstanding liens or claims against the Class Representative's claims in this case. The Class Representative will be responsible for satisfying or resolving any valid and legally enforceable liens or claims against the Class Representative's claims in this case.

20.  *Claims Administrator*.

a.  *Selection of Claims Administrator*. Class Counsel will select a Claims Administrator from qualified claims-administration firms including those suggested by SME, and subject to SME's consent (which shall not be unreasonably withheld, conditioned, or delayed), will request that the Court appoint the Claims Administrator. The Claims Administrator that is approved by the Court will be an agent of the Court and will be subject to the Court's supervision and direction as circumstances may require. The Claims Administrator will administer the Notice Program and oversee the distribution of the Settlement

Fund in accordance with the terms of this Agreement and orders of the Court.

b. *Claims Administrator to Administer Monetary Relief*. The Claims Administrator will administer the monetary relief for the Class in accordance with the terms of this Agreement and the District Court's orders in a cost-effective and timely manner. The Claims Administrator may request the assistance of the parties to identify class members; to facilitate providing notice as ordered by the Court; and to accomplish such other purposes as may be approved by SME and Class Counsel; and the parties will reasonably cooperate with such requests.

c. *Claims Administrator to Maintain Records*. The Claims Administrator shall maintain records of all payments to class members. The Claims Administrator will maintain all such records for at least 366 days after the Settlement Fund has been fully distributed. Such records will be made available upon request to Class Counsel and SME's counsel. Supporting documentation will be kept confidential by the Claims Administrator, but may also be provided to the Court, Class Counsel, or SME's counsel upon request. The Claims Administrator also shall provide such reports and such other information to the

Court as the Court may require.

d. *Website*. The Claims Administrator will create and maintain a website at www.smeclassaction.com (or another domain name that is mutually agreed upon by the parties) as provided by paragraph 5.d of this Agreement. The parties shall agree on all information and documents to be posted on this website.

21. *Approval Process*.

a. *Preliminary Approval*. The parties will move for a preliminary approval order substantially in the form of the attached Exhibit PA, preliminarily approving this settlement as fair, just, reasonable, and adequate, approving notice to the Class as described in this Agreement, and setting a hearing to consider the final approval of the settlement and any objections to its fairness. This Agreement will be presented to the District Court by way of either a joint motion to be filed by Manheim and SME or an unopposed motion filed by Manheim.

b. *CAFA Compliance*. SME, at its own expense, will be responsible for complying with its responsibilities under the Class Action Fairness Act of 2005, including but not limited to any notice requirements set forth in 28 U.S.C. § 1715. Within 10 days of entry of the Preliminary

Approval Order, SME will serve notices of the settlement on State and Federal regulatory authorities as required by 28 U.S.C. § 1715.

c. *Motion for Final Approval*. At or before the final approval hearing, the parties will move for a Settlement Order and Final Judgment, substantially in the form of the attached Exhibit FJ, granting the final approval of this settlement as fair, just, reasonable, adequate, and binding on all class members, and effectuating the release as set forth in paragraph 18 of this Agreement. The motion will be either a joint motion to be filed by Manheim and SME or an unopposed motion filed by Manheim.

22. *Best Efforts*. The parties and the parties' counsel will use their best efforts to secure the preliminary approval of this settlement as promptly as possible and to obtain Final Approval.

23. *SME's Right to Terminate Agreement Based on Opt-Out Percentage*. If the number of absent class members who properly and timely exercise their right to opt out of the Class exceeds 6% of the total number of class members (the total number of individuals and businesses listed in SME's Database), the parties stipulate and agree that SME shall have the right to terminate this Agreement without penalty or sanction.

24. *Disapproval of Settlement by District Court or Appellate Court*. If for any

reason the District Court or any appellate court disapproves of this Agreement, or any material part of this Agreement, or holds that it will not approve or give effect to this Agreement without modification, or holds that the Settlement Order and Final Judgment entered by the District Court consistent with this Agreement be overturned or modified in any material way, then:

a. If Manheim and SME do not jointly agree to appeal the ruling, this Agreement will be null and void for all purposes and all money in the Settlement Fund and all interest and income earned thereon will be immediately refunded to SME by the Claims Administrator without setoff or deduction, except for the reasonable and necessary expenses of the Claims Administrator that have been already incurred, and Manheim and SME will file a joint motion requesting and stipulating that all orders entered in accordance with this Agreement be vacated; or

b. If Manheim and SME jointly agree to appeal the ruling and if the Settlement Order and Final Judgment or its equivalent that is entered by the District Court consistent with this Agreement is not in effect after the termination of all proceedings arising out of the appeal, this Agreement will be null and void for all purposes and all

money in the Settlement Fund and all interest and income earned thereon will be immediately refunded to SME by the Claims Administrator without setoff or deduction, except for the reasonable and necessary expenses of the Claims Administrator that have been already incurred, and Manheim and SME will file a joint motion requesting and stipulating that all orders entered in accordance with this Settlement Agreement be vacated.

25. *Right to Withdraw.* If the District Court enters an order preliminarily or finally approving this settlement in a form materially different from this Agreement as submitted to the Court, including all attached exhibits in substantially the same form submitted to the District Court, all parties to this Agreement will have the option to withdraw from this Agreement, which must be exercised within five business days by submitting written notice to the other parties and filing the notice with the District Court. If any party exercises their right to withdraw as set forth in this paragraph of this Agreement, this Agreement will be null and void for all purposes and all money in the Settlement Fund and all interest and income earned thereon will be refunded to SME by the Claims Administrator within 10 days and without setoff or deduction, except for the reasonable and necessary expenses of the Claims Administrator that have been already

incurred.

26. *Cooperation*. The parties will cooperate to the extent reasonably necessary to effectuate and implement all terms and conditions of this Agreement and to exercise their best efforts to accomplish the objectives of this Agreement.

27. *Arm's Length Negotiations*. This Agreement was negotiated in good faith and at arm's length by the parties. This Agreement reflects a settlement that was reached voluntarily after consultation with competent legal counsel of each party's choosing.

28. *Confidentiality Orders and Agreements Survive this Agreement*. All agreements made and orders entered during the course of this case that relate to the confidentiality of information will survive this Agreement.

29. *Staying All Proceedings Pending the Approval of this Agreement*. The parties hereby stipulate to stay all proceedings in this case until the approval of this Agreement has been finally determined; however, the stay of proceedings shall not prevent the filing or adjudication of any motions, affidavits, and other matters that are necessary to obtain and preserve final judicial approval of this Agreement.

30. *Applicable Law*. This Agreement will be governed by the laws of the State of South Carolina without regard to its conflict of law rules.

31. *District Court to Retain Jurisdiction Over the Parties*. The District Court will retain jurisdiction with respect to implementation and enforcement of the terms of this Agreement, and all parties submit to the jurisdiction of the District Court for purposes of implementing and enforcing the settlement and this Agreement.

32. *Time*. Time is of the essence in the performance of this Agreement.

33. *Waiver*. After preliminary approval without modification, the waiver by one party of any provision or breach of this Agreement will not be deemed a waiver of any other provision or breach of this Agreement.

34. *Mutual Drafting*. Each party acknowledges having participated in the drafting and preparation of this Agreement. Thus, if there is any ambiguity in this Agreement, the ambiguity shall not be construed against any party.

35. *Entire Agreement*. This Agreement contains the entire agreement between the parties regarding the settlement of the Class's claims against SME. This Agreement supersedes any prior written or oral agreements between Manheim and SME. No other promises or agreements have been made to procure the terms provided in this Agreement. The terms of this Agreement may not be modified, altered, or waived except by a writing signed by each party to this Agreement.

36. *Class Counsel's Representations and Warranties*. Class Counsel represent and warrant that they know of no other attorney who has appeared on any document filed on behalf of the plaintiff in this case, and know of no other attorney who has any claim for attorney's fees arising from the case separate from those fees to be awarded in accordance with this Agreement.

37. *Counterparts*. This Agreement may be executed in two or more counterparts and each counterpart will be considered to be an original instrument, but all will be one and the same Agreement. Faxed or electronic copies (e.g., scanned PDFs) of the signed Agreement will be as valid and enforceable as an original.

38. *Authority*. Except to the extent that Manheim and Class Counsel are constrained by Federal Rule of Civil Procedure 23, which provides that a class action cannot be settled without the approval of the court, anyone signing this Agreement represents and warrants that they are authorized to sign this Agreement on behalf of the party or parties that they represent.

[The remainder of this page is intentionally left blank.]

SO AGREED:

_Carol Manheim (signature)_

_____
Carol Manheim d/b/a Plantation
Plaza Therapy Center

_7 - 1 - 2015_

_____
Date

_____
SME Inc., USA d/b/a Superior
Medical Equipment

_____
Print Name & Title

_____
Date


_____
Marc B. Hershovitz, Esq.
Counsel for Carol Manheim d/b/a
Plantation Plaza Therapy Center

_____
Date

_____
Krishna Narine, Esq.
Counsel for SME Inc., USA d/b/a
Superior Medical Equipment

_____
Date

SO AGREED:

_____
Carol Manheim d/b/a Plantation
Plaza Therapy Center

_____
Date

_____
SME Inc., USA d/b/a Superior
Medical Equipment

David L Rowen Jr
_____
Print Name & Title

7/1/15
_____
Date

_____
Marc B. Hershovitz, Esq.
Counsel for Carol Manheim d/b/a
Plantation Plaza Therapy Center

_____
Date

_____
Krishna Narine, Esq.
Counsel for SME Inc., USA d/b/a
Superior Medical Equipment

_____
Date

SO AGREED:

_____        _____
Carol Manheim d/b/a Plantation          SME Inc., USA d/b/a Superior
Plaza Therapy Center                    Medical Equipment


_____        _____
Date                                    Print Name & Title


                                        _____
                                        Date


_____        _____
Marc B. Hershovitz, Esq.                Krishna Narine, Esq.
Counsel for Carol Manheim d/b/a         Counsel for SME Inc., USA d/b/a
Plantation Plaza Therapy Center         Superior Medical Equipment

7/1/2015
_____        _____
Date                                    Date

SO AGREED:

_____          _____
Carol Manheim d/b/a Plantation            SME Inc., USA d/b/a Superior
Plaza Therapy Center                      Medical Equipment


_____          _____
Date                                      Print Name & Title


                                          _____
                                          Date


_____          _____
Marc B. Hershovitz, Esq.                  Krishna Narine, Esq.
Counsel for Carol Manheim d/b/a           Counsel for SME Inc., USA d/b/a
Plantation Plaza Therapy Center           Superior Medical Equipment


_____          _____
Date                                      Date  7/1/2015

# Exhibit A



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *$50 OFF ~ BIRTHDAY COUPON ~ FOR PREFERRED THERAPY PROVIDERS*

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment

…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PREFERRED Therapy Providers

DATE:                                            05.01.12
EXPIRATION:                                01.01.13

CERTIFICATE NUMBER:            PTPFB712

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT. May not be used towards previous invoices or orders. May not be combined with any other offer or promotion.

TO REDEEM: Present this coupon with your order. A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).

# Exhibit B

PREFERRED THERAPY PROVIDERS Pricing from SME, Inc. USA          page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTP discounts.  Call Today!

Exhibit C



## *$50 OFF ~ BIRTHDAY COUPON ~ FOR PTPN PROVIDERS*

**SME, INC. USA is your single source for everything therapy in your clinic!**

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

**PTPN PROVIDERS**

EXPIRTION DATE:          JANUARY 1, 2013

CERTIFICATE NUMBER:          PTPN07125949

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

# Exhibit D

PTPN Pricing from SME, Inc. USA                                                    page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTPN discounts.  Call Today!

# Exhibit E



September, 2012


Dear                   ,


RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>The pressure is on - costs must be contained in order to SURVIVE.</u>


Over the years, our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every money-saving opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, *2013*.  <u>Each and every time you order, you MUST mention (phone orders) or enter (online orders) the code:</u>  **'BDGN12'** to receive the 20th Birthday pricing.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email (quote@smeincusa.com), fax  (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ <u>**$50 coupon attached**</u>
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or request an online account
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, There is <u>NO</u> price that SME won't beat.**


<u>**Thank you**</u> in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit F



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## 20th BIRTHDAY COUPON ~ $50 OFF ~ FROM US TO YOU

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### YOUR PHYSICAL THERAPY CLINIC

EXPIRATION DATE:          FEBRUARY 29, 2013

CERTIFICATE NUMBER:          FXPJTBDGN12

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

Exhibit G



Here's An Even Larger Selection of Killer 20th Birthday Pricing For You
November, 2012

Dear                    ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>The pressure is on - costs must be contained in order to SURVIVE.</u>

Our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, *2013*.  <u>Each and every time you order, you **MUST** mention (phone orders) or enter (online orders) the code:  'BDGN12'</u> to receive the 20th Birthday pricing.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email ([quote@smeincusa.com](mailto:quote@smeincusa.com)), fax (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

    ✓ **CASH IS KING: Use code BDGN75 for** <u>$75 off any order over $375.00.</u>

       **That's it – no catch, no gimmicks**

    ✓ 20+ years of *friendly, expert service*
    ✓ Single source for every therapy product
    ✓ Same Day Shipping guaranteed for all products in stock
    ✓ Discounts on hundreds of national therapy catalogs
    ✓ Order via Phone, Fax, Email or *request an online account*
    ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
    ✓ **AND, SME will beat <u>ANY</u> price, <u>EVERY</u> time.**

**Thank you** in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit H

**20th Birthday Prices from SME, Inc. USA**



# Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*

t/ 800.538.4675

f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24"height adj. - Black only | $58.95 |
| 775-11AN | ADC Aneroid Blood Pressure Cuff-10yr. calibration, includes case | $13.79 |
| 670 | ADC Dual Head Sethescope - latex free | $4.99 |
| ACTXXX | Trivarion Iontophoresis Electrodes: SML, MED, LRG or Butterfly | $46.95 |
| WP420 | Sanizene Disinfectant - 1 gallon | $33.49 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |
| 440-2 | Stretch-Out Strap - *pack of 10 (only $8.395 per piece!)* | $83.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq, 40/case | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd, 40/case | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/case | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/case | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R (6) 2" x 5.5yds OR (1) 33yd roll | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| 3-RM-000-0 | Basic Shoulder Pulley, economy wood handles | $3.99 |
| 3-RM-D00-0 | Deluxe Shoulder Pulley, molded grip handles | $5.49 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

# Exhibit I

## 20th Birthday Prices from SME, Inc. USA

| SME Item # | Description | Birthday Price |
|---|---|---|
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 2511 | Nitrile N/S Gloves Small 100/Bx  Blue | $6.79 |
| 2512 | Nitrile N/S Gloves Medium 100/Bx  Blue | $6.79 |
| 2513 | Nitrile N/S Gloves Large 100/Bx  Blue | $6.79 |
| 2514 | Nitrile N/S Gloves X-Large 90/Bx  Blue | $6.79 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  6+ | $11.79 |

**SME always offers Capital Goods at Killer Pricing.  Consider purchasing before the end of 2012.**

*TAKE ADVANTAGE OF THESE DEALS now, AS WE MAKE ROOM FOR ADDITIONAL 2013 INVENTORY!!!*

| | | |
|---|---|---|
| MU73172 | SME Analog Dual Channel TENS Plus Unit with case & electrodes | **(WOW!)** $27.95 |
| DS2200 | TwinStim Digital TENS and EMS Unit with case & electrodes | **(WOW!)** $47.95 |
| 685810 | Spirit Commercial XT685 Treadmill | $2,299.00 |
| 800849 | Spirit Commercial CT800 Treadmill | $2,999.00 |
| 801849 | Medical Handrail for CT800 | $299.00 |
| 951110 | Spirit Commercial XBR95 Recumbent Cycle | $1,599.00 |
| 800149 | Spirit Commercial CR800 Recumbent Cycle | $1,799.00 |
| 800349 | Spirit Commercial CU800 Upright Cycle | $1,599.00 |
| 800049 | Spirit Commercial CE800 Elliptical | $2,399.00 |

**\*\*Please call us for special incentives on all Spirit Fitness products\*\***

| | | |
|---|---|---|
| 2102 | Chattanooga E-1 Hydrocollator - complete with packs | *Call for **KILLER** pricing!* |
| 2760 | Chattanooga Intelect Legend XT 2 Channel Combo | *Call for **KILLER** pricing!* |
| AM-BA350 | Armedica 3-Section Electric Hi-Lo with Bar Activated Height Adj. | $1,579.00 |
| AM-350 | Armedica 3-Section Electric Hi-Lo Treatment with Foot Switch | $1,449.00 |

## ⇩⇩\*\*ONE TIME ONLY, CLOSEOUT SACRFICE SALE\*\*⇩⇩

| | | |
|---|---|---|
| 1020-30flat | Clinton 30"W FLAT Treatment Table w/ Shelf - Royal Blue only | $299.99 |
| 1020-30 | Clinton 30"W Treatment Table w/Adj Back(or Flat) & Shelf, any color | $319.95 |
| R2910E | MiniEuro Pulley-50lb weight stack (includes Balance Handle) | $1,189.45 |
| FLU210D | Fluidotherapy Pulse | *Call for **KILLER** pricing!* |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit J

20th Birthday Prices from SME, Inc. USA



## Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | 20th Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds of thousands of additional Therapy Products available at deep discounts.  Call Today!

Exhibit K





Ask about our
*Stock Up & Save*
Promotion!


Like us on Facebook!
SME, Inc. USA


Follow us on Twitter!
@SMEIncUSA

Visit us on the Web!
www.SMEINCUSA.com

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

*Your single source for discounts on everything therapy for over 20 years!*

# HAPPY HOLIDAYS

## from

# SME!

### Use Promo Code

## GRATEFUL122013

Expires 12/31/13

For **15%** Off Your Entire Order &

An Entry for a Catered Lunch for up to 10 People!

Ten Clinics Will Win! Drawing is on January 2, 2014

˙This offer cannot be combined with any other promotion˙ ˙Exclusions may apply˙

If you wish to be removed from our fax list, please fax your request to 800.560.5424

ordernow@smeincusa.com       800-538-4675       (fax)800-560-5424

Exhibit L

*"SME, Inc. USA...The Leading Discounter of Everything Therapy"*



# THE SME SUPER SUMMER SALE!
## Prices good through October 31, 2013!

t/ 800.538.4675
f/ 800.560.5424
e/ ordernow@smeincusa.com

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'FBQ313' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Sale Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | **$54.84** |
| 20130 | Theraband Red 50yd | **$56.91** |
| 20140 | Theraband Green 50yd | **$62.77** |
| 20150 | Theraband Blue 50yd | **$71.07** |
| 20160 | Theraband Black 50yd | **$78.02** |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24" height adj. - Black only | **$69.99** |
| 440-2 | Stretch-Out Strap - *single unit* | **$10.95** |
| 440-2B | Stretch-Out Strap - *pack of 10 (only $8.395 per unit!)* | **$83.95** |
| W104 | SME Supertrode Electrodes, 2" sq case    *MADE IN USA* | **$20.95** |
| W110 | SME Supertrode Electrodes, 2" x 3.5"case   *MADE IN USA* | **$36.96** |
|  | ***All Supertrodes are available in White Foam or White Cloth** |  |
| SMEG | SME Blue Ultrasound Gel, 5 liters | **$8.75** |
| SMEL | SME Ultrasound Lotion, gallon (Light Citrus Scent) | **$12.50** |
| C501 | CORE Hot Pack Cervical 24"    *MADE IN USA* | **$8.56** |
| C500 | CORE Hot Pack Standard 10" x 12"    *MADE IN USA* | **$7.56** |
| C502 | CORE Hot Pack Oversize 15" x 24"    *MADE IN USA* | **$16.88** |
| 45552 | Cover Roll Stretch 2" x 10yd | **$8.29** |
| 76168 | Leukotape P 1.5" x 15yd | **$6.95** |
| 473 | Free Up Cream 16oz Unscented    *MADE IN USA* | **$13.89** |
| SW/rngerDLX | Deluxe Shoulder Pulley, web strap & molded plastic handles | **$5.49** |
| SW/rngerDLXB | Deluxe Shoulder Pulley, web strap & molded plastic handles(10/pk) | **$46.90** |
| TP2(X) | Thera-Putty - 2oz - all colors    *MADE IN USA* | **$2.15** |
| TP5LB(X) | Thera-Putty - 5lb - all colors    *MADE IN USA* | **$55.99** |
| 90952 | Big Digit Digital Timer | **$7.49** |
| 2336-2339 | Latex Gloves, Powder Free, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$6.75** |
| 2326-2329 | Latex Gloves, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$5.95** |
| NC89030-202 | Kinesio Classic W/R  Beige 2" x 13.1'  -  (1) box of 6 rolls | **$44.44** |

**FREE GROUND SHIPPING** ON EVERY ORDER OF $250 OR MORE - Every Day of the Year!

*BUT WAIT!  There's MORE:*

**CHOOSE A FREE GIFT WITH ANY ORDER OF $300 OR ABOVE!!**
**Your CHOICE of any of the following (while supplies last)-**
choose a FREE box of Andover Athletic Tape - 1.5"x 10yd - 8 rolls per box (an $11.95 value)
choose a FREE 360° 6" Goniometer  (a $4.50 value)
choose a FREE Basic Shoulder Pulley with Web Strap and wooden handles  (a $4.95 value)

For more incredible pricing, register for an online account at: www.smeincusa.com
Hundreds of thousands of additional therapy products available at deep discounts.  SME will BEAT any price!

Exhibit M

# BULK SAVINGS: STOCK UP AND SAVE

PROMO CODE **PB110113** MUST BE REFERENCED AT TIME OF ORDER

### FREE! FREE FREE!

**Order $550-$749, receive these items FREE:**
1 - Caviwipes Canister
1 - Purell Original 2lit. Pump

**Order $750-$949, receive these items FREE:**
1 - Caviwipes Canister
1 - Purell Original 2liter Pump
1 - Sanizide Gallon

**Orders of $950+, receive these items FREE:**
1 - Caviwipes Canister (160)
1 - Purell 800 Series Dispenser
1 - Purell Original 800ml Bag-in-Box Refill
1 - *LITTMANN STETHOSCOPE 28" LIGHTWEIGHT*



LOWEST PRICES ALLOWED
BY LAW

| | | |
|---|---|---|
| 2760 | Intelect XT 2 Channel Combo with *FREE STOOL!* | $2,195.00 |
| 2786 | Intelect XT 4 Channel Stim with *FREE STOOL!* | $2,095.00 |
| 2788 | Intelect XT 4 Channel Combo with *FREE STOOL!* | $2,799.00 |
| 2782 | Intelect Transport Ultrasound with *FREE STOOL!* | $1,095.00 |
| 2783 | Intelect Transport Stim with *FREE STOOL!* | $1,449.00 |
| 2738 | Intelect Transport 2 Ch.Combo with *FREE STOOL!* | $1,999.00 |



**SME**
**SUPERIOR MEDICAL EQUIPMENT**
CELEBRATING 20 YEARS
1992    2012

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com
*Your single source for discounts on everything therapy!*

To unsubscribe, please fax name and fax number to 800-560-5424. Thank you.

## YES, THESE PRICES ARE WILD!

| Item #: | Product Description: | Quantity: | Sale Price: |
|---|---|---|---|
| 440-2 | OPTP Original Stretch Out Strap | 12+ | $8.25 each |
| LIRP1 | Lifeline Multi-Use Shoulder Pulley | 12+ | $6.25 each |
| W104/F204 | Supertrode Electrode 2" Square *Made in the USA* | 10+ | $19.99 /case |
| W102/F202 | Supertrode Electrode 2" Round *Made in the USA* | 10+ | $19.99 /case |
| W106/F206 | Supertrode Electrode 2.75" Round *Made in the USA* | 10+ | $29.95 /case |
| W110/F210 | Supertrode Electrode 2" x 3.5" *Made in the USA* | 10+ | $29.95 /case |
| 10302-6 | Standard Aluminum Ok Cane (Silver) | 6+ | $6.50 each |
| 89035(6/box) | Kinesio Tex Gold FP - 2" x 5.5yd 6-Roll Box (Any Color) | 6+ | $54.95 /box |
| 89035(Bulk) | Kinesio Tex Gold FP - 2" x 33.5yd Bulk Roll (Any Color) | 6+ | $54.95 /box |
| 3352 | Gauze Pads, Sterile - 2" x 2" 12ply (100) | 6+ | $3.49 /box |
| 3353 | Gauze Pads, Sterile - 3" x 3" 12ply (100) | 6+ | $3.49 /box |
| 3354 | Gauze Pads, Sterile - 4" x 4" 12ply (100) | 6+ | $5.95 /box |
| 33200 | Conco "Ace-Type" Econowrap - 2" x 4.5yd (10rolls/pack) | 2+ | $4.49 /pack |
| 33300 | Conco "Ace-Type" Econowrap - 3" x 4.5yd (10rolls/pack) | 2+ | $5.49 /pack |
| 33400 | Conco "Ace-Type" Econowrap - 4" x 4.5yd (10rolls/pack) | 2+ | $6.99 /pack |
| 33600 | Conco "Ace-Type" Econowrap - 6" x 4.5yd (10rolls/pack) | 2+ | $9.99 /pack |
| DCR1 | Cervical Roll *Compares to McKenzie* *Made in the USA* | 12+ | $8.99 each |
| DLR1 | Lumbar Roll *Compares to McKenzie* *Made in the USA* | 12+ | $7.99 each |
| PRE473 | Free Up Cream - 16oz Unscented *Made in the USA* | 8+ | $11.95 each |
| WA(S,M,L) | Adjustable Heel Lift *Ok to mix & match* | 12+ | $3.25 each |
| *Mix & Match* | Trivarion Ionto Electrodes (Sm, Med, Lg, Butterfly) | 6+ | $45.95 /box |
| 71097 | Cervical, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 70596 | Standard, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 71598 | Oversize, Heavy Duty Cold Versa Pac | 6+ | $14.95 each |
| C501 | Core Hot Pack - 24" Cervical *Made in the USA* | 6+ | $8.56 each |
| C502 | Core Hot Pack - 15" x 24" Oversize *Made in the USA* | 6+ | $16.88 each |
| C500 | Core Hot Pack - 10" x 12" Standard *Made in the USA* | 6+ | $7.56 each |
| 232(S,M,L,XL) | Latex Exam Gloves (100/box) | 10+ | $5.50 /box |
| 233(S,M,L,XL) | Latex Exam Gloves, Powder Free (100/box) | 10+ | $6.25 /box |
| 260(X)/261(X) | Vinyl Exam Gloves, Powder or Powder Free (100/box) | 10+ | $5.50 /box |
| 251(S,M,L,XL) | Nitrile Exam Gloves, Blue (100/box) | 10+ | $5.85 /box |
| SPRING90952 | Springfield Minute Master Big Digit Timer | 6+ | $6.99 each |
| TP2(T,Y,R,G,B) | Thera-Putty - 2oz (Tan, Yellow, Red, Green or Blue) | 12+ | $1.99 each |
| TP4(T,Y,R,G,B) | Thera-Putty - 4oz (Tan, Yellow, Red, Green or Blue) | 12+ | $2.99 each |
| TP16(T,Y,R,G,B) | Thera-Putty - 1lb (Tan, Yellow, Red, Green or Blue) | 12+ | $11.95 each |

Sale Ends December 31, 2013

# Exhibit N-1

This notice is being sent by order of the U.S. District Court for the District of South Carolina
to tell you that you may be eligible for benefits from a proposed settlement of a class-action lawsuit.

# This notice tells you about your rights in a pending lawsuit. Please read this carefully.

- The federal Telephone Consumer Protection Act (47 U.S.C. § 227) prohibits the sending of unsolicited advertisements, commonly called junk faxes, to fax machines.

- Carol Manheim d/b/a Plantation Plaza Therapy Center sued SME, Inc. USA d/b/a Superior Medical Equipment alleging that SME sent thousands of advertisements to fax machines belonging to physical therapy offices and practices throughout the United States. The lawsuit is known as *Manheim v. SME, Inc. USA*, Case No. 2:14-CV-02856-DCN.

- Records show that SME may have caused one or more advertisements to be sent to your fax machine. That is why you are receiving this notice; the fax number to which this notice was sent is in the database that SME used to send its fax advertisements.

- You may be eligible for benefits from the proposed settlement of this case. You can get information about the proposed settlement, how to request a share of the proposed settlement, how to object to the proposed settlement if you believe it is unfair, and how to exclude yourself from this case if you so choose by going to **www.smeclassaction.com**.

- Your legal rights will be affected by the proposed settlement, and you have a choice to make now:

| Your Options | |
|---|---|
| **Submit a claim** | **Request to receive your share of the settlement proceeds.** If you submit what is deemed by the court to be a valid claim, you will receive a share of the settlement proceeds less attorneys' fees and expenses approved by the court if the court approves the proposed settlement. |
| **Do nothing** | **Do nothing and waive your rights.** By doing nothing, you will not receive a share of the settlement proceeds if you are a member of the class, and you will not be able to sue SME separately about the same legal claims in this lawsuit if the court approves the proposed settlement. |
| **Object to the proposed settlement** | **File a written objection to the proposed settlement.** If you are a member of the class and you do not believe that the proposed settlement is fair, adequate, and reasonable, you can file a written objection to the proposed settlement with the court at your own expense. Before it decides whether to grant final approval to the proposed settlement, the court will hold a hearing and consider all objections that are properly filed. |
| **Ask to be excluded** | **Get no benefits from this lawsuit.** If you ask to be excluded, you won't share in any of the benefits if the court approves the proposed settlement. But you will keep any rights you may have to sue SME separately about the same legal claims in this lawsuit. |

For more information, visit **www.smeclassaction.com** or call **XXX-XXX-XXXX**.

**Completed claim forms or exclusions must be received and any objections must be filed with the court no later than _____, 2015.**

The Court will hold a hearing to consider whether to approve the settlement at ___ a.m./p.m. on _____ 2015, in Courtroom 2 in the Hollings Judicial Center at 83 Meeting Street, Charleston, South Carolina 29401. The hearing may be rescheduled without further notice.

# Exhibit N-2

U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

# Notice of Proposed Class-Action Settlement and Hearing on the Proposed Settlement

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- The federal Telephone Consumer Protection Act (47 U.S.C. § 227) prohibits the sending of unsolicited advertisements, commonly called junk faxes, to fax machines.

- Carol Manheim d/b/a Plantation Plaza Therapy Center sued SME, Inc. USA d/b/a Superior Medical Equipment alleging that SME sent thousands of advertisements to fax machines belonging to physical therapy offices and practices throughout the United States. The lawsuit is known as *Manheim v. SME, Inc. USA*, Case No. 2:14-CV-02856-DCN.

- Records show that SME may have caused one or more advertisements to be sent to your fax machine. That is why you are receiving this notice; the fax number to which this notice was sent is in the database that SME used to send its fax advertisements.

- You may be eligible for benefits from the proposed settlement of this case. You can get information about the proposed settlement, how to request a share of the proposed settlement, how to object to the proposed settlement if you believe it is unfair, and how to exclude yourself from this case if you so choose by going to www.smeclassaction.com.

- Your legal rights will be affected by the proposed settlement, and you have a choice to make now:

| YOUR OPTIONS | |
|---|---|
| **Submit a claim** | **Request to receive your share of the settlement proceeds.** If you submit what is deemed by the Court to be a valid claim, you will receive a share of the settlement proceeds less attorneys' fees and expenses approved by the Court if the Court approves the proposed settlement. |
| **Do nothing** | **Do nothing and waive your rights.** By doing nothing, you will not receive a share of the settlement proceeds if you are a member of the Class, and you will not be able to sue SME separately about the same legal claims in this lawsuit if the Court approves the proposed settlement. |
| **Object to the proposed settlement** | **File a written objection to the proposed settlement.** If you are a member of the Class and you do not believe that the proposed settlement is fair, adequate, and reasonable, you can file a written objection to the proposed settlement with the Court at your own expense. Before it decides whether to grant final approval to the proposed settlement, the Court will hold a hearing and consider all objections that are properly filed. |
| **Ask to be excluded** | **Get no benefits from this lawsuit.** If you ask to be excluded, you won't share in any of the benefits if the Court approves the proposed settlement. But you will keep any rights you may have to sue SME separately about the same legal claims in this lawsuit. |

- Your options are explained in this notice. **Completed claim forms or exclusions must be received and any objections must be filed with the Court no later than _____, 2015.**

- **Any questions? Read on, or call XXX-XXX-XXXX.**

| WHAT THIS NOTICE CONTAINS |
|---|

BASIC INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2
    1.   Why did I receive the faxed notice?
    2.   What is this lawsuit about?
    3.   What is a class action and who is involved?
    4.   Why is there a settlement?

WHO IS IN THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3
    5.   How do I know if I am part of the settlement?

THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3
    6.   What are the terms of the settlement?
    7.   What will my payment be?

HOW YOU GET A PAYMENT — SUBMITTING A CLAIM FORM . . . . . . . . . . . Page 4
    8.   How do I make a claim?
    9.   When would I get my payment?
    10.  What am I giving up to get a payment or stay in the Class?

EXCLUDING YOURSELF FROM THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . Page 5
    11.  How do I make a claim?
    12.  If I don't exclude myself, can I sue SME for the same thing later?
    13.  If I exclude myself, can I get money from this settlement?

THE LAWYERS REPRESENTING YOU . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 6
    14.  Do I have a lawyer in this case?
    15.  How will the lawyers be paid?

OBJECTING TO THE SETTLEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 7
    16.  How do I tell the Court that I don't like the settlement?
    17.  What is the difference between objecting and excluding?

IF YOU DO NOTHING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 8
    18.  What happens if I do nothing at all?

SETTLEMENT FAIRNESS HEARING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 8
    19.  When will the Court decide whether to approve the settlement?
    20.  Do I have to come to the hearing?
    21.  May I speak at the hearing?

GETTING MORE INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 9
    22.  How can I get more information?

# BASIC INFORMATION

## 1. Why did I receive the faxed notice?

The federal Telephone Consumer Protection Act (47 U.S.C. § 227) prohibits the sending of unsolicited advertisements, commonly called junk faxes, to fax machines. SME Inc., USA d/b/a Superior Medical Equipment (SME) sent advertisements to approximately 20,000 fax machines throughout the United States belonging to physical therapists and physical-therapy practices. The number associated with your fax machine was in SME's database of fax numbers. Thus, SME caused one or more advertisements to be sent to your fax machine.

Carol Manheim d/b/a Plantation Plaza Therapy Center sued SME over its fax advertising. The U.S. District Court allowed, or "certified," the lawsuit to proceed as a class action for settlement purposes. The faxed notice you received was sent under the Court's direction to each of the numbers in SME's database to inform you that you may be eligible for benefits from the proposed settlement.

## 2. What is this lawsuit about?

SME, a supply company serving the needs of physical therapists and physical-therapy practices, sent advertisements to approximately 20,000 fax machines in 2012 and 2013 belonging to physical therapists and physical-therapy practices. Faxing unsolicited advertisements is illegal under federal law (as well as the laws of many states). The federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, prohibits the sending of unsolicited advertisements, commonly called junk faxes, to fax machines. The TCPA provides for damages of $500 per fax, and up to $1,500 per fax if the violation is found to be willful or knowing. This lawsuit is about whether SME's fax advertising violated the TCPA. SME denies that it did anything wrong. More information about the TCPA can be found on the Federal Communication Commission's web page on fax advertising, which can be found at http://www.fcc.gov/guides/fax-advertising.

## 3. What is a class action and who is involved?

In a class action, one or more people or businesses called "class representatives" (in this case, Carol Manheim d/b/a Plantation Plaza Therapy Center) sue on behalf of other people and businesses who have similar claims. Together, everyone is the "class" or "class members." The business that sued and all class members are called the plaintiffs. The company they sued (in this case, SME) is called the defendant. Except for those people who choose to exclude themselves from the class, one court

resolves the issues for everyone in the class. U.S. District Judge David C. Norton is in charge of this class action.

| **4. Why is there a settlement?** |
|---|

The Court did not decide in favor of the Class or the Defendant. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the people affected will get compensation. The parties and their attorneys think the settlement is best for everyone to whom SME sent its advertising faxes.

## WHO IS IN THE SETTLEMENT

To see if you will get money from this settlement, you first have to decide if you are a Class Member.

| **5. How do I know if I am part of the settlement?** |
|---|

Judge Norton decided that everyone who fits this description is a Class Member:

*All persons, natural or otherwise, throughout the United States to whom SME sent or caused to be sent, at any time from July 16, 2010, to the present, one or more facsimile or fax transmissions with content substantially similar to those fax transmissions contained in Exhibits A, B, C, D, E, F, G, H, I, J, K, L, or M.*

If you received the faxed notice informing you about this case, your fax machine's telephone number is in SME's database of fax numbers and, thus, one or more of SME's fax advertisements was sent to your fax machine.

If you are still not sure whether you are included, you can ask for free help. You can call XXX-XXX-XXXX or visit www.smeclassaction.com, where you can enter your fax number and see if you're a member of the Class.

## THE SETTLEMENT

| **6. What are the terms of the settlement?** |
|---|

If the settlement receives final approval, each Class Member who submits a timely and valid claim will receive up to $500. The amount that each Class Member will receive will depend on the number of timely and valid claims that Class

**Questions? Call 1-XXX-XXX-XXXX toll free, or visit www.smeclassaction.com.**

— 3 —

Members file. If the number of claims are such that the fund established to pay the claims cannot satisfy all claims in full, the claims will be paid on a prorated basis.

The Court will also enter an order permanently prohibiting SME from using any fax machine, computer, or other device to send any unsolicited advertisements to Class Members' fax machines.

All Class Members, regardless of whether they claim or obtain benefits under the settlement, will release and forever discharge SME and its shareholders, officers, directors, attorneys, agents, employees, and insurers from all liability for any claims arising from or related to SME sending advertisements to fax machines or causing advertisements to be sent to fax machines at any time since July 16, 2010.

You can obtain a copy of the full settlement agreement on the Internet at www.smeclassaction.com.

## 7. What will my payment be?

If the settlement receives final approval, each Class Member who submits a timely and valid claim will receive up to $500. The amount that each Class Member will receive will depend on the number of timely and valid claims that Class Members file. If the number of claims are such that the fund established to pay the claims cannot satisfy all claims in full, the claims will be paid on a prorated basis.

# HOW YOU GET A PAYMENT — SUBMITTING A CLAIM FORM

## 8. How do I make a claim?

To be eligible to receive any distribution from the settlement fund, you must submit a timely and valid claim form. Blank claim forms are available on the Internet at www.smeclassaction.com. To obtain a claim form from the website, you will be asked to enter the fax number or numbers that you had during 2012 and 2013. If your fax number is in SME's database of fax numbers, you are a member of the Class, eligible to submit a claim, and will be able to access a claim form. If your fax number is not in SME's database, you are not a member of the Class and you will not be able to access a claim form or make a claim.

You must submit your claim form by mail postmarked no later than _____, 2015.

**Questions? Call 1-XXX-XXX-XXXX toll free, or visit www.smeclassaction.com.**

— 4 —

## 9. When would I get my payment?

The Court will hold a hearing on _____, 2015, to decide whether to approve the settlement. If Judge Norton approves the settlement, there may be appeals. It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Information about the progress of the settlement may be obtained on the Internet at www.smeclassaction.com. Please be patient.

Please note that the hearing may be rescheduled at any time without further notice. If the hearing is rescheduled, the new hearing date will be posted on the Internet at www.smeclassaction.com.

## 10. What am I giving up to get a payment or stay in the Class?

Unless you exclude yourself, you are staying in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against SME about the legal issues in this case. You will also be legally bound by all of the orders the Court issues and judgments the Court makes in this class action.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this settlement and want to keep the right to sue or continue to sue SME on your own about the legal issues in this case, then you must take steps to get out of this case. This is called excluding yourself, which is sometimes referred to as opting out of the settlement Class.

## 11. How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *Manheim v. SME, Inc. USA*. Be sure to include your name, address, telephone number, fax number during 2012 and 2013, and signature to: SME-Class-Action Exclusions, _____. You must mail your exclusion request postmarked no later than _____, 2015.

If you ask to be excluded, you will not get any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) SME in the future about the legal issues in this case.

**Questions? Call 1-XXX-XXX-XXXX toll free, or visit www.smeclassaction.com.**

— 5 —

## 12. If I don't exclude myself, can I sue SME for the same thing later?

No. Unless you exclude yourself, you give up any right to sue SME for the claims that this settlement resolves. If you have a pending lawsuit, speak to your lawyer in that case immediately. You must exclude yourself from this Class to continue your own lawsuit. Remember, the exclusion deadline is _____, 2015.

## 13. If I exclude myself, can I get money from this settlement?

No. If you exclude yourself, do not send in a claim form to ask for any money. But you may sue, continue to sue, or be part of a different lawsuit against SME.

# THE LAWYERS REPRESENTING YOU

## 14. Do I have a lawyer in this case?

The Court decided that Marc B. Hershovitz, John Nichols, Clarke Newton, and their law firms (Marc B. Hershovitz, P.C. and Bluestein, Nichols, Thompson & Delgado, LLC) are qualified to represent you and all Class Members. Together the lawyers and law firms are called "Class Counsel." More information about these lawyers and law firms, their practices, and their experience is available at www.hershovitz.com and www.bntdlaw.com.

## 15. How will the lawyers be paid?

Class Counsel intend to ask the Court for an award of attorneys' fees in an amount not greater than $162,500, plus the reasonable, actual out-of-pocket expenses that they incurred in prosecuting the case. The Court may award less than these amounts. Any amounts approved by the Court for Class Counsel's fees and expenses will be paid from the settlement fund described above and in more detail in the full settlement agreement.

The costs of providing notice to Class Members of the proposed settlement and administering the settlement if it is approved will also be paid from the settlement fund.

**Questions? Call 1-XXX-XXX-XXXX toll free, or visit www.smeclassaction.com.**

— 6 —

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the settlement.

**16. How do I tell the Court that I don't like the settlement?**

If you're a Class Member, you can object to the settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to *Manheim v. SME, Inc. USA*. Be sure to include your name, address, telephone number, fax number during 2012 and 2013, signature, and the reasons you object to the settlement. Mail the objection to these three different places postmarked no later than _____, 2015:

| **Court** | **Class Counsel** | **Defense Counsel** |
|---|---|---|
| Clerk of Court | Marc B. Hershovitz, Esq. | Krishna Narine, Esq. |
| ATTENTION: Court | Marc B. Hershovitz, P.C. | Meredith & Narine |
| Services Section | One Alliance Center | 100 S. Broad St. |
| United States District | 4th Floor | Suite 905 |
| Court for the District of | 3500 Lenox Road | Philadelphia, PA 19110 |
| South Carolina | Atlanta, GA 30326 | |
| Hollings Judicial Center | | |
| 83 Meeting Street | | |
| Charleston, SC 29401 | | |

To be a proper, valid, and effective objection, an objection must contain all of the following:

1. the name of this lawsuit, *Manheim v. SME, Inc. USA*, and its case number, 2:14-cv-02856-DCN;

2. the objector's full name, address, and telephone number;

3. the objector's signature or the signature of objector's counsel;

4. proof that the objector was sent one or more of SME's fax advertisements that are the subject of this litigation;

5. a statement that the objector objects to the settlement or part of the settlement and the reasons why;

6. a statement of whether the objector intends to appear at the Fairness Hearing;

7. a list of witnesses whom the objector may call by live testimony, oral deposition testimony, or affidavit during the Fairness Hearing, contact

**Questions? Call 1-XXX-XXX-XXXX toll free, or visit www.smeclassaction.com.**

— 7 —

information for each such witness including, as applicable, home and business addresses and telephone numbers, and a synopsis of the testimony to be offered by each witness;

8. copies of any evidence or documents the objector wants the Court to consider; and

9. a statement as to whether the objector (or the objector's lawyer) wants to appear and speak at the Fairness Hearing.

## 17. What is the difference between objecting and excluding?

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# IF YOU DO NOTHING

## 18. What happens if I do nothing at all?

If you do nothing, you'll get no money from this settlement. But unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against SME about the legal issues in this case.

# SETTLEMENT FAIRNESS HEARING

## 19. When will the Court decide whether to approve the settlement?

The Court is scheduled to hold what is called a "fairness hearing" to approve the settlement at __ a.m./p.m. on _____ 2015, in Courtroom 2 in the Hollings Judicial Center at 83 Meeting Street, Charleston, South Carolina 29401. At the Fairness Hearing, the Court will conduct an evidentiary hearing and determine: (1) whether the proposed settlement is fair, just, adequate, and reasonable as to the Class Members and should be approved by the Court; (2) whether the Court will enter a Final Order and Judgment; (3) the amount of attorneys' fees, litigation costs, and expenses that Class Counsel should receive if the Court approves the Settlement Agreement; (4) the amount of an case-contribution award the Class Representative should receive for her service in bringing this case on behalf of the Class and

**Questions? Call 1-XXX-XXX-XXXX toll free, or visit www.smeclassaction.com.**

— 8 —

serving as the Class Representative; and (5) whether Class Members should be bound by the release set forth in the Settlement Agreement.

## 20. Do I have to come to the hearing?

No. Class Counsel will answer questions Judge Norton may have. But you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

## 21. May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Manheim v. SME, Inc. USA*." Be sure to include your name, address, telephone number, fax number during 2012 and 2013, and signature. Your Notice of Intention to Appear must be postmarked no later than _____, 2015, and be sent to the Clerk of the Court, Class Counsel, and Defense Counsel at the three addresses listed above in question 16. You cannot speak at the hearing if you excluded yourself.

# GETTING MORE INFORMATION

## 22. How can I get more information?

A copy of the full settlement agreement, the Court's order preliminarily approving the settlement agreement, and the claim form necessary for making a claim are all available at www.smeclassaction.com. You may also call XXX-XXX-XXXX with any questions.

DATE: _____, 2015.

[Insert date of preliminary approval]

Exhibit A



**800-538-4675 • (fax)800-560-5424**
**ordernow@smeincusa.com**

## $50 OFF ~ BIRTHDAY COUPON ~ FOR PREFERRED THERAPY  PROVIDERS

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PREFERRED Therapy Providers

DATE:                                    05.01.12
EXPIRATION:                       01.01.13

CERTIFICATE NUMBER:        PTPFB712

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).

# Exhibit B

PREFERRED THERAPY PROVIDERS Pricing from SME, Inc. USA                    page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTP discounts.  Call Today!

Exhibit C



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## $50 OFF ~ BIRTHDAY COUPON ~ FOR PTPN PROVIDERS

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

**PTPN PROVIDERS**

EXPIRTION DATE:          JANUARY 1, 2013

CERTIFICATE NUMBER:      PTPN07125949

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

Exhibit D

PTPN Pricing from SME, Inc. USA                                              page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTPN discounts.  Call Today!

# Exhibit E



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

September, 2012

Dear                    ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>The pressure is on - costs must be contained in order to SURVIVE.</u>

Over the years, our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers. We explore every money-saving opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, *2013*.  <u>Each and every time you order, you MUST mention (phone orders) or enter (online orders) the code:  **'BDGN12'** to receive the 20</u>[th] <u>Birthday pricing</u>.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well. Just contact us by email (quote@smeincusa.com), fax  (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ <u>**$50 coupon attached**</u>
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or request an online account
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, There is <u>NO</u> price that SME won't beat.**

<u>**Thank you**</u> in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit F



**SME**
**SUPERIOR MEDICAL EQUIPMENT**
**CELEBRATING 20 YEARS**
1992    2012
800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *20th BIRTHDAY COUPON ~ $50 OFF ~ FROM US TO YOU*

**SME, INC. USA is your single source for everything therapy in your clinic!**

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### YOUR PHYSICAL THERAPY CLINIC

EXPIRATION DATE:          FEBRUARY 29, 2013

CERTIFICATE NUMBER:      FXPJTBDGN12

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT. May not be used towards previous invoices or orders. May not be combined with any other offer or promotion.

TO REDEEM: Present this coupon with your order. A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping). ONE CERTIFICATE PER CLINIC.

Exhibit G



Here's An Even Larger Selection of Killer 20th Birthday Pricing For You
November, 2012

Dear                    ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       The pressure is on - costs must be contained in order to SURVIVE.

Our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, *2013*.  Each and every time you order, you **MUST** mention (phone orders) or enter (online orders) the code:  '**BDGN12**' to receive the 20th Birthday pricing.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email (quote@smeincusa.com), fax (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

   ✓  **CASH IS KING: Use code BDGN75 for** $75 off any order over $375.00.
      **That's it – no catch, no gimmicks**
   ✓  20+ years of *friendly, expert service*
   ✓  Single source for every therapy product
   ✓  Same Day Shipping guaranteed for all products in stock
   ✓  Discounts on hundreds of national therapy catalogs
   ✓  Order via Phone, Fax, Email or *request an online account*
   ✓  Best of all, every product is unconditionally guaranteed to perform to your expectations
   ✓  **AND, SME will beat ANY price, EVERY time.**

**Thank you** in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit H

**20th Birthday Prices from SME, Inc. USA**



## Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*
t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24"height adj. - Black only | $58.95 |
| 775-11AN | ADC Aneroid Blood Pressure Cuff-10yr. calibration, includes case | $13.79 |
| 670 | ADC Dual Head Sethescope - latex free | $4.99 |
| ACTXXX | Trivarion Iontophoresis Electrodes: SML, MED, LRG or Butterfly | $46.95 |
| WP420 | Sanizene Disinfectant - 1 gallon | $33.49 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |
| 440-2 | Stretch-Out Strap - *pack of 10 (only $8.395 per piece!)* | $83.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq, 40/case | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd, 40/case | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/case | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/case | $36.96 |
| | ***White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R (6) 2" x 5.5yds OR (1) 33yd roll | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| 3-RM-000-0 | Basic Shoulder Pulley, economy wood handles | $3.99 |
| 3-RM-D00-0 | Deluxe Shoulder Pulley, molded grip handles | $5.49 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

# Exhibit I

## 20th Birthday Prices from SME, Inc. USA

| SME Item # | Description | Birthday Price |
|---|---|---|
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 2511 | Nitrile N/S Gloves Small 100/Bx  Blue | $6.79 |
| 2512 | Nitrile N/S Gloves Medium 100/Bx  Blue | $6.79 |
| 2513 | Nitrile N/S Gloves Large 100/Bx  Blue | $6.79 |
| 2514 | Nitrile N/S Gloves X-Large 90/Bx  Blue | $6.79 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |

**SME always offers Capital Goods at Killer Pricing.  Consider purchasing before the end of 2012.**
*TAKE ADVANTAGE OF THESE DEALS now, AS WE MAKE ROOM FOR ADDITIONAL 2013 INVENTORY!!!*

| | | |
|---|---|---|
| MU73172 | SME Analog Dual Channel TENS Plus Unit with case & electrodes | **(WOW!)** $27.95 |
| DS2200 | TwinStim Digital TENS and EMS Unit with case & electrodes | **(WOW!)** $47.95 |
| 685810 | Spirit Commercial XT685 Treadmill | $2,299.00 |
| 800849 | Spirit Commercial CT800 Treadmill | $2,999.00 |
| 801849 | Medical Handrail for CT800 | $299.00 |
| 951110 | Spirit Commercial XBR95 Recumbent Cycle | $1,599.00 |
| 800149 | Spirit Commercial CR800 Recumbent Cycle | $1,799.00 |
| 800349 | Spirit Commercial CU800 Upright Cycle | $1,599.00 |
| 800049 | Spirit Commercial CE800 Elliptical | $2,399.00 |

**\*\*Please call us for special incentives on all Spirit Fitness products\*\***

| | | |
|---|---|---|
| 2102 | Chattanooga E-1 Hydrocollator - complete with packs | *Call for **KILLER** pricing!* |
| 2760 | Chattanooga Intelect Legend XT 2 Channel Combo | *Call for **KILLER** pricing!* |
| AM-BA350 | Armedica 3-Section Electric Hi-Lo with Bar Activated Height Adj. | $1,579.00 |
| AM-350 | Armedica 3-Section Electric Hi-Lo Treatment with Foot Switch | $1,449.00 |

## ⬇⬇\*\*ONE TIME ONLY, CLOSEOUT SACRFICE SALE\*\*⬇⬇

| | | |
|---|---|---|
| 1020-30flat | Clinton 30"W FLAT Treatment Table w/ Shelf - Royal Blue only | $299.99 |
| 1020-30 | Clinton 30"W Treatment Table w/Adj Back(or Flat) & Shelf, any color | $319.95 |
| R2910E | MiniEuro Pulley-50lb weight stack (includes Balance Handle) | $1,189.45 |
| FLU210D | Fluidotherapy Pulse | *Call for **KILLER** pricing!* |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit J

20th Birthday Prices from SME, Inc. USA



## Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | 20th Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds of thousands of additional Therapy Products available at deep discounts.  Call Today!

# Exhibit K






Like us on Facebook!
SME, Inc. USA


Follow us on Twitter!
@SMEIncUSA


Visit us on the Web!
www.SMEINCUSA.com

Ask about our *Stock Up & Save* Promotion!

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

*Your single source for discounts on everything therapy for over 20 years!*

# HAPPY HOLIDAYS
## from
# SME!

Use Promo Code

## GRATEFUL122013

Expires 12/31/13

For **15%** Off Your Entire Order &

An Entry for a Catered Lunch for up to 10 People!

Ten Clinics Will Win! Drawing is on January 2, 2014

`This offer cannot be combined with any other promotion` `Exclusions may apply`

If you wish to be removed from our fax list, please fax your request to 800.560.5424

ordernow@smeincusa.com     800-538-4675     (fax)800-560-5424

Exhibit L

*"SME, Inc. USA...The Leading Discounter of Everything Therapy"*



**800-538-4675 • (fax)800-560-5424**
ordernow@smeincusa.com

# THE SME SUPER SUMMER SALE!
## Prices good through October 31, 2013!

t/ 800.538.4675
f/ 800.560.5424
e/ ordernow@smeincusa.com

**YOU MUST MENTION CODE 'FBQ313' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Sale Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | **$54.84** |
| 20130 | Theraband Red 50yd | **$56.91** |
| 20140 | Theraband Green 50yd | **$62.77** |
| 20150 | Theraband Blue 50yd | **$71.07** |
| 20160 | Theraband Black 50yd | **$78.02** |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24" height adj. - Black only | **$69.99** |
| 440-2 | Stretch-Out Strap - *single unit* | **$10.95** |
| 440-2B | Stretch-Out Strap - *pack of 10 (only $8.395 per unit!)* | **$83.95** |
| W104 | SME Supertrode Electrodes, 2" sq case     *MADE IN USA* | **$20.95** |
| W110 | SME Supertrode Electrodes, 2" x 3.5"case   *MADE IN USA* | **$36.96** |
|  | ***All Supertrodes are available in White Foam or White Cloth*** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | **$8.75** |
| SMEL | SME Ultrasound Lotion, gallon (Light Citrus Scent) | **$12.50** |
| C501 | CORE Hot Pack Cervical 24"        *MADE IN USA* | **$8.56** |
| C500 | CORE Hot Pack Standard 10" x 12"    *MADE IN USA* | **$7.56** |
| C502 | CORE Hot Pack Oversize 15" x 24"    *MADE IN USA* | **$16.88** |
| 45552 | Cover Roll Stretch 2" x 10yd | **$8.29** |
| 76168 | Leukotape P 1.5" x 15yd | **$6.95** |
| 473 | Free Up Cream 16oz Unscented      *MADE IN USA* | **$13.89** |
| SW/rngerDLX | Deluxe Shoulder Pulley, web strap & molded plastic handles | **$5.49** |
| SW/rngerDLXB | Deluxe Shoulder Pulley, web strap & molded plastic handles(10/pk) | **$46.90** |
| TP2(X) | Thera-Putty - 2oz - all colors        *MADE IN USA* | **$2.15** |
| TP5LB(X) | Thera-Putty - 5lb - all colors        *MADE IN USA* | **$55.99** |
| 90952 | Big Digit Digital Timer | **$7.49** |
| 2336-2339 | Latex Gloves, Powder Free, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$6.75** |
| 2326-2329 | Latex Gloves, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$5.95** |
| NC89030-202 | Kinesio Classic W/R  Beige 2" x 13.1'  -  (1) box of 6 rolls | **$44.44** |

**FREE GROUND SHIPPING ON EVERY ORDER OF $250 OR MORE - Every Day of the Year!**

*BUT WAIT!  There's MORE:*

**CHOOSE A FREE GIFT WITH ANY ORDER OF $300 OR ABOVE!!**
**Your CHOICE of any of the following (while supplies last)-**
      choose a FREE box of Andover Athletic Tape - 1.5"x 10yd - 8 rolls per box (an $11.95 value)
      choose a FREE 360° 6" Goniometer  (a $4.50 value)
      choose a FREE Basic Shoulder Pulley with Web Strap and wooden handles  (a $4.95 value)

For more incredible pricing, register for an online account at: www.smeincusa.com
Hundreds of thousands of additional therapy products available at deep discounts.  SME will BEAT any price!

Exhibit M

# *BULK SAVINGS: STOCK UP AND SAVE*

## FREE! FREE FREE!

**Order $550-$749, receive these items FREE:**
- 1 - Caviwipes Canister
- 1 - Purell Original 2lit. Pump

**Order $750-$949, receive these items FREE:**
- 1 - Caviwipes Canister
- 1 - Purell Original 2liter Pump
- 1 - Sanizide Gallon

**Orders of $950+, receive these items FREE:**
- 1 - Caviwipes Canister (160)
- 1 - Purell 800 Series Dispenser
- 1 - Purell Original 800ml Bag-in-Box Refill
- 1 - *LITTMANN STETHOSCOPE 28" LIGHTWEIGHT*

## LOWEST PRICES ALLOWED BY LAW

| | | |
|---|---|---|
| 2760 | Intelect XT 2 Channel Combo with *FREE STOOL!* | $2,195.00 |
| 2786 | Intelect XT 4 Channel Stim with *FREE STOOL!* | $2,095.00 |
| 2788 | Intelect XT 4 Channel Combo with *FREE STOOL!* | $2,799.00 |
| 2782 | Intelect Transport Ultrasound with *FREE STOOL!* | $1,095.00 |
| 2783 | Intelect Transport Stim with *FREE STOOL!* | $1,449.00 |
| 2738 | Intelect Transport 2 Ch.Combo with *FREE STOOL!* | $1,999.00 |



## SME
### SUPERIOR MEDICAL EQUIPMENT
**CELEBRATING 20 YEARS** · 1992 · 2012

800-538-4675 · (fax)800-560-5424

ordernow@smeincusa.com

*Your single source for discounts on everything therapy!*

To unsubscribe, please fax name and fax number to 800-560-5424. Thank you.

---

PROMO CODE **PB110113** MUST BE REFERENCED AT TIME OF ORDER

## YES, THESE PRICES ARE WILD!

| Item #: | Product Description: | Quantity: | Sale Price: |
|---|---|---|---|
| 440-2 | OPTP Original Stretch Out Strap | 12+ | $8.25 each |
| LIRP1 | Lifeline Multi-Use Shoulder Pulley | 12+ | $6.25 each |
| W104/F204 | Supertrode Electrode 2" Square *Made in the USA* | 10+ | $19.99 /case |
| W102/F202 | Supertrode Electrode 2" Round *Made in the USA* | 10+ | $19.99 /case |
| W106/F206 | Supertrode Electrode 2.75" Round *Made in the USA* | 10+ | $29.95 /case |
| W110/F210 | Supertrode Electrode 2" x 3.5" *Made in the USA* | 10+ | $29.95 /case |
| 10302-6 | Standard Aluminum Ok Cane (Silver) | 6+ | $6.50 each |
| 89035(6/box) | Kinesio Tex Gold FP - 2" x 5.5yd 6-Roll Box (Any Color) | 6+ | $54.95 /box |
| 89035(Bulk) | Kinesio Tex Gold FP - 2" x 33.5yd Bulk Roll (Any Color) | 6+ | $54.95 /box |
| 3352 | Gauze Pads, Sterile - 2" x 2" 12ply (100) | 6+ | $3.49 /box |
| 3353 | Gauze Pads, Sterile - 3" x 3" 12ply (100) | 6+ | $3.49 /box |
| 3354 | Gauze Pads, Sterile - 4" x 4" 12ply (100) | 6+ | $5.95 /box |
| 33200 | Conco "Ace-Type" Econowrap - 2" x 4.5yd (10rolls/pack) | 2+ | $4.49 /pack |
| 33300 | Conco "Ace-Type" Econowrap - 3" x 4.5yd (10rolls/pack) | 2+ | $5.49 /pack |
| 33400 | Conco "Ace-Type" Econowrap - 4" x 4.5yd (10rolls/pack) | 2+ | $6.99 /pack |
| 33600 | Conco "Ace-Type" Econowrap - 6" x 4.5yd (10rolls/pack) | 2+ | $9.99 /pack |
| DCR1 | Cervical Roll  *Compares to McKenzie* *Made in the USA* | 12+ | $8.99 each |
| DLR1 | Lumbar Roll  *Compares to McKenzie* *Made in the USA* | 12+ | $7.99 each |
| PRE473 | Free Up Cream - 16oz Unscented  *Made in the USA* | 8+ | $11.95 each |
| WA(S,M,L) | Adjustable Heel Lift  *Ok to mix & match* | 12+ | $3.25 each |
| *Mix & Match* | Trivarion Ionto Electrodes (Sm, Med, Lg, Butterfly) | 6+ | $45.95 /box |
| 71097 | Cervical, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 70596 | Standard, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 71598 | Oversize, Heavy Duty Cold Versa Pac | 6+ | $14.95 each |
| C501 | Core Hot Pack - 24" Cervical *Made in the USA* | 6+ | $8.56 each |
| C502 | Core Hot Pack - 15" x 24" Oversize *Made in the USA* | 6+ | $16.88 each |
| C500 | Core Hot Pack - 10" x 12" Standard *Made in the USA* | 6+ | $7.56 each |
| 232(S,M,L,XL) | Latex Exam Gloves (100/box) | 10+ | $5.50 /box |
| 233(S,M,L,XL) | Latex Exam Gloves, Powder Free (100/box) | 10+ | $6.25 /box |
| 260(X)/261(X) | Vinyl Exam Gloves, Powder or Powder Free (100/box) | 10+ | $5.50 /box |
| 251(S,M,L,XL) | Nitrile Exam Gloves, Blue (100/box) | 10+ | $5.85 /box |
| SPRING90952 | Springfield Minute Master Big Digit Timer | 6+ | $6.99 each |
| TP2(T,Y,R,G,B) | Thera-Putty - 2oz (Tan, Yellow, Red, Green or Blue) | 12+ | $1.99 each |
| TP4(T,Y,R,G,B) | Thera-Putty - 4oz (Tan, Yellow, Red, Green or Blue) | 12+ | $2.99 each |
| TP16(T,Y,R,G,B) | Thera-Putty - 1lb  (Tan, Yellow, Red, Green or Blue) | 12+ | $11.95 each |

Sale Ends December 31, 2013

Exhibit PA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Carol Manheim d/b/a Plantation Plaza Therapy Center, individually and on behalf of all other persons similarly situated, <br><br>      Plaintiff, <br><br>      v. <br><br> SME Inc., USA d/b/a Superior Medical Equipment, <br><br>      Defendant. | Case No. 2:14-cv-02856-DCN |

## Order Preliminarily Approving Class-Action Settlement

Carol Manheim d/b/a Plantation Plaza Therapy Center moved the Court for preliminary approval of a proposed settlement as set forth in the Settlement Agreement entered into by the parties on _____, 2015, a copy of which is on file with the Court.

In accordance with Federal Rule of Civil Procedure 23(e), the Court has reviewed the Settlement Agreement and other materials submitted by the parties and has concluded that this preliminary approval of the settlement is warranted and appropriate. Accordingly, IT IS HEREBY ORDERED:

**A.    Class Certification**

In accordance with Federal Rule of Civil Procedure 23, the Court preliminarily certifies, solely for the purposes of effectuating the settlement, the following Settlement Class ("the Class") under Rule 23(b)(2) and (3):

— 1 —

all persons, natural or otherwise, throughout the United States to whom
SME sent or caused to be sent, at any time from July 16, 2010, to the
present, one or more facsimile or fax transmissions with content
substantially similar to those fax transmissions contained in Exhibits A,
B, C, D, E, F, G, H, I, J, K, L, or M.

The Court finds for settlement purposes only that (a) the members of this Class are
so numerous that joinder of all of them in the action is impracticable; (b) there are
questions of law and fact common to the Class that predominate over any individual
questions; (c) the claims of the Plaintiff are typical of the claims of the Class Members;
(d) common questions of law and fact exist and predominate over questions affecting only
individual Settlement Class Members; (e) Plaintiff and her counsel will fairly
and adequately represent and protect the interests of all the Class Members; and (f) a class
action is superior to other available methods for the fair and efficient adjudication of the
instant controversy.

The Court further finds for settlement purposes only that SME has acted on grounds
that apply generally to the class so that final injunctive relief is appropriate respecting the
class as a whole.

The Court designates Carol Manheim d/b/a Plantation Plaza Therapy Center as the
Class Representative, it designates the following attorneys as counsel for the Class or
"Class Counsel": Marc B. Hershovitz and his law firm Marc B. Hershovitz, P.C., and
John Nichols and Clarke Newton and their law firm Bluestein, Nichols, Thompson &
Delgado, LLC. The Court designates _____ as the Claims Administrator.

The Court certifies this Class for the purpose of providing notice of the settlement

and effectuating the settlement only. If the Court ultimately does not approve the settlement, then this preliminary class certification will be vacated without prejudice. The parties may then proceed with litigating the case in accordance with the relevant rules and procedures.

**B.    Preliminary Approval of Settlement**

The Court preliminarily approves the settlement as being fair, just, adequate, and reasonable as to the Class members, subject to further consideration at a final hearing ("the Fairness Hearing") to be held before this Court at _____ a.m./p.m. on _____, 2015, in Courtroom 2 in the Hollings Judicial Center at 83 Meeting Street, Charleston, South Carolina 29401.

At the Fairness Hearing, the Court will conduct an evidentiary hearing and determine: (i) whether the proposed settlement of this action on the terms and conditions of the Settlement Agreement is fair, just, adequate, and reasonable as to the Class members and should be approved by the Court; (ii) whether the Court will enter a Final Order and Judgment terminating all claims with prejudice as agreed upon by the parties; (iii) the amount of attorney's fees, litigation costs, and expenses that Class Counsel should receive if the Court approves the Settlement Agreement; (iv) whether the Class Representative should be awarded a case-contribution award for her service in bringing this case on behalf of the Class and serving as the Class Representative if the Court approves the Settlement Agreement, and the amount of the award; and (v) whether Class members should be bound by the release set forth in the Settlement Agreement.

— 3 —

The Court approves the form and content of the proposed Fax Notice that was attached to the Settlement Agreement and provided to the Court in connection with the Class's Motion for Preliminary Approval. Further, the Court finds that the program of individual faxed notice and Internet notice proposed by the parties meets the requirements of Rule 23 and of constitutional due process, and is the best notice practicable under the circumstances.

Within 30 days of the entry of this Order, the Claims Administrator shall send a notice in substantially the same form and content as the form attached to the Settlement Agreement as Exhibit N-1 to all fax numbers listed in the SME Database that was provided to Class Counsel. No Fax Notice will be sent before 9 a.m., after 5 p.m., or on weekends or holidays.

Within 30 days of the entry of this Order, the Claims Administrator shall publish an Internet website at www.smeclassaction.com (or another domain name that is mutually agreed upon by the parties) that provides Class Members with information about this case and that allows Class Members to obtain the forms necessary to opt out of the Class and submit claims for payment from the Settlement Fund. The website must include the Detailed Notice attached to the Settlement Agreement as Exhibit N-2.

Within 45 days of the entry of this Order, the Claims Administrator shall file a notice with the Court attesting that it has complied this Order.

## C.    Right to Opt Out

Any member of the Class may request to be excluded from the Class and the

— 4 —

settlement. The request must be in writing and mailed or delivered to the following address:

Insert address of Claims Administrator<br>
XXXXX<br>
XXXXX<br>
XXXXX

The request for exclusion must be RECEIVED at the above address on or before the date that is 100 days after the entry of this Order. Anyone that timely submits an exclusion request that is in substantially the same form as the attached Exhibit N will thereafter be excluded from the Class and the settlement, will not receive any benefits from the settlement, and will not be bound by the settlement or any further action taken in this case. To be a valid exclusion request, the request must include the name, current address, current telephone number, and fax number used during the period January 1, 2012, to December 31, 2013, for the individual or business to be excluded; must contain a statement that unambiguously indicates a desire to be excluded from the Class; and must be personally signed by the class member requesting exclusion. So-called "mass" or "class" opt-outs shall not be allowed. If a request for exclusion doe not comply with all of the provisions of this Order, then it shall not be effective and the person submitting the ineffective request shall for all purposes be considered a member of the Class.

At or before the Fairness Hearing, the parties shall file with the Court a declaration identifying those Class Members from whom valid and timely requests for exclusion were received. If the settlement is approved by the Court, Class members who have not validly and timely requested exclusion from the Class will be bound by all terms of the

Settlement and other orders or actions of the Court affecting the Class, whether or not the Class Member has objected to the settlement.

**D.    Right to Participate, Comment, or Object**

Any Class Member may enter an appearance in this case at their own expense. Until and unless they enter such an appearance, all Class Members are represented by Class Counsel.

Any Class Member who wishes to object to any term of the proposed settlement must file a written objection. A Class Member who objects to the settlement may, but need not, retain counsel and enter an appearance through counsel, all at the Class Member's own expense. All objections to the proposed settlement must comply with the requirements detailed below and must be FILED AND RECEIVED by the Clerk of Court at the following address within 100 days of the entry of this Order:

Clerk of Court
ATTENTION: Court Services Section
United States District Court for the District of South Carolina
Hollings Judicial Center
83 Meeting Street
Charleston, SC 29401

A copy of the objection must also be mailed to the following attorneys at the addresses as set forth below within 100 days of the entry of this Order:

| | |
|---|---|
| Marc B. Hershovitz, Esq. | Krishna Narine, Esq. |
| Marc B. Hershovitz, P.C. | Meredith & Narine, LLC |
| One Alliance Center | 100 S. Broad Street |
| 4th Floor | Suite 905 |
| 3500 Lenox Road | Philadelphia, PA 19110 |
| Atlanta, GA 30326 | |

To be a proper, valid, and effective objection, an objection must contain all of the following:

1. the name of this lawsuit, *Manheim v. SME, Inc. USA*, and its case number, 2:14-cv-02856-DCN;

2. the objector's full name, address, and telephone number;

3. the objector's signature or the signature of objector's counsel;

4. proof that the objector was sent one or more of SME's fax advertisements that are the subject of this litigation;

5. a statement that the objector objects to the settlement or part of the settlement and the reasons why;

6. a statement of whether the objector intends to appear at the Fairness Hearing;

7. a list of witnesses whom the objector may call by live testimony, oral deposition testimony, or affidavit during the Fairness Hearing, contact information for each such witness including, as applicable, home and business addresses and telephone numbers, and a synopsis of the testimony to be offered by each witness;

8. copies of any evidence or documents the objector wants the Court to consider; and

9. a statement as to whether the objector (or the objector's lawyer) wants to appear and speak at the Fairness Hearing.

Class members who do not timely object in compliance with this Order waive all objections to the proposed settlement and will not be allowed to object at the Fairness Hearing or have any right to appeal any final approval of the settlement.

Class Members may not object to the settlement if they have excluded themselves from the Class in accordance with the procedures set forth in this Order. Class Members may not exclude themselves after the deadline specified above whether or not they have

objected to the settlement.

Class Members who want to receive monetary payment from the cash consideration must submit to the Claims Administrator a fully and properly completed Claim Form within 100 days of the entry of this Order. Any Class member that does not timely submit a properly completed Claim Form will not be entitled to any proceeds from the cash consideration.

The Claims Administrator shall cross check all claims submitted to determine whether the claims are filed in the name associated with the fax number in SME's Database (the database of fax numbers that SME used to send its advertising faxes). If the names do not match, the Claims Administrator will contact the claimant and request backup information. A copy of a phone bill issued from January 1, 2012, to December 31, 2013, for the fax number at issue will be considered conclusive proof of the validity of the claimant's claim, as will a copy of any of the fax transmissions sent by SME.

### E.  Fairness Hearing Briefing Schedule

Class Counsel may file a motion seeking fees, costs, and expenses relating to any of the claims, counts, allegations or causes of action asserted in this case, and that motion must be filed at least 14 days before the Fairness Hearing. SME has agreed not to object to any request for attorney's fees, cost, and expenses not exceeding $162,500 plus the reasonable, actual out-of-pocket expenses that Class Counsel incurred in prosecuting this case and representing the Class.

The Class Representative shall file any motion for a case-contribution award at least

14 days before the Fairness Hearing. SME has agreed not to object to any request for a case-contribution award not exceeding $5,000.

The Class/Class Counsel shall file a motion for final approval of the settlement with a supporting brief and other materials at least 14 days before the Fairness Hearing. These motions shall be posted to the settlement website by the Claims Administrator within three business days of filing.

## Other Provisions

Any matters pertaining to the terms, administration, or effectuation of the settlement that are not addressed in this Order will be governed by the Settlement Agreement, which has been reviewed by the Court. The Court retains exclusive jurisdiction over the action to consider and resolve all matters arising out of or connected with the settlement.

If any deadline set by this Order or contained in the Settlement Agreement falls on a weekend or legal holiday, the deadline will be the next business day.

If the settlement does not receive Final Approval as defined in the Settlement Agreement, or the Settlement Agreement is terminated for any other reason, then the following will apply:

1. All orders and findings entered in connection with the settlement, including this Order, will become null and void and of no further force and effect;

2. The settlement, Settlement Agreement, and all drafts, negotiations, discussions, and documentation relating thereto will become null and void, and will not be offered or received in evidence, or used or referred to for any purpose, in this

action, or in any other proceeding;

3.   The parties will be restored to their respective positions as they existed

     immediately before execution of the Settlement Agreement; and

4.   All funds in the Settlement Fund shall be returned forthwith to SME without setoff

     or deduction of any nature except for the reasonable expenses of settlement

     administration already incurred.

This Order shall not be construed or used as an admission, concession, or declaration

by or against SME of any fact, fault, wrongdoing, or liability.

The terms and provisions of the Settlement Agreement may be amended, modified or

expanded by agreement of the parties in writing and approved by the Court without

further notice to the Class if the changes are consistent with this Order and do not limit

the rights of Class Members.

The Court reserves the right to continue the Fairness Hearing without further notice.

SO ORDERED, this _____ day of _____ 2015.


                                        _____
                                        The Honorable David C. Norton
                                        United States District Judge
                                        District of South Carolina

Exhibit A



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## $50 OFF ~ BIRTHDAY COUPON ~ FOR PREFERRED THERAPY  PROVIDERS

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PREFERRED Therapy Providers

DATE:                                        05.01.12
EXPIRATION:                           01.01.13

CERTIFICATE NUMBER:          PTPFB712

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).

Exhibit B

PREFERRED THERAPY PROVIDERS Pricing from SME, Inc. USA                    page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTP discounts.  Call Today!

Exhibit C



**SUPERIOR MEDICAL EQUIPMENT**

CELEBRATING 20 YEARS

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *$50 OFF ~ BIRTHDAY COUPON ~ FOR PTPN PROVIDERS*

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PTPN PROVIDERS

EXPIRTION DATE:        JANUARY 1, 2013

CERTIFICATE NUMBER:        PTPN07125949

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

Exhibit D

PTPN Pricing from SME, Inc. USA                                                page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTPN discounts.  Call Today!

Exhibit E



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

September, 2012

Dear                    ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>**The pressure is on - costs must be contained in order to SURVIVE.**</u>

Over the years, our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every money-saving opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, ***2013***.  <u>Each and every time you order, you MUST mention (phone orders) or enter (online orders) the code:  **'BDGN12**' to receive the 20th Birthday pricing.</u>

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email (quote@smeincusa.com), fax  (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓  <u>**$50 coupon attached**</u>
- ✓  20+ years of *friendly, expert service*
- ✓  Single source for every therapy product
- ✓  Same Day Shipping guaranteed for all products in stock
- ✓  Discounts on hundreds of national therapy catalogs
- ✓  Order via Phone, Fax, Email or request an online account
- ✓  Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓  **AND, There is <u>NO</u> price that SME won't beat.**

<u>**Thank you**</u> in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit F



**SUPERIOR MEDICAL EQUIPMENT**

CELEBRATING 20 YEARS

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *20th BIRTHDAY COUPON ~ $50 OFF ~ FROM US TO YOU*

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### YOUR PHYSICAL THERAPY CLINIC

EXPIRATION DATE:          FEBRUARY 29, 2013

CERTIFICATE NUMBER:          FXPJTBDGN12

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

Exhibit G



Here's An Even Larger Selection of Killer 20th Birthday Pricing For You
November, 2012

Dear                    ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>The pressure is on - costs must be contained in order to SURVIVE.</u>

Our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, ***2013***.  <u>Each and every time you order, you **MUST** mention (phone orders) or enter (online orders) the code:  '**BDGN12**' to receive the 20th Birthday pricing</u>.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email ([quote@smeincusa.com](mailto:quote@smeincusa.com)), fax (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ **CASH IS KING: Use code** **BDGN75** for <u>$75 off any order over $375.00.</u>
  **That's it – no catch, no gimmicks**
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or *request an online account*
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, SME will beat <u>ANY</u> price, <u>EVERY</u> time.**

**Thank you** in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit H

## 20th Birthday Prices from SME, Inc. USA



# Special SALE Prices through February 29, 2013!
*Call us today to set up your online account for easy ordering*
t/ 800.538.4675
f/ 800.560.5424

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24"height adj. - Black only | $58.95 |
| 775-11AN | ADC Aneroid Blood Pressure Cuff-10yr. calibration, includes case | $13.79 |
| 670 | ADC Dual Head Sethescope - latex free | $4.99 |
| ACTXXX | Trivarion Iontophoresis Electrodes: SML, MED, LRG or Butterfly | $46.95 |
| WP420 | Sanizene Disinfectant - 1 gallon | $33.49 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |
| 440-2 | Stretch-Out Strap - *pack of 10 (only $8.395 per piece!)* | $83.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq, 40/case | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd, 40/case | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/case | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/case | $36.96 |
| | *\*\*White Foam available for all of the above styles\*\** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R (6) 2" x 5.5yds OR (1) 33yd roll | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| 3-RM-000-0 | Basic Shoulder Pulley, economy wood handles | $3.99 |
| 3-RM-D00-0 | Deluxe Shoulder Pulley, molded grip handles | $5.49 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit I

## 20th Birthday Prices from SME, Inc. USA

| SME Item # | Description | Birthday Price |
|---|---|---|
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 2511 | Nitrile N/S Gloves Small 100/Bx  Blue | $6.79 |
| 2512 | Nitrile N/S Gloves Medium 100/Bx  Blue | $6.79 |
| 2513 | Nitrile N/S Gloves Large 100/Bx  Blue | $6.79 |
| 2514 | Nitrile N/S Gloves X-Large 90/Bx  Blue | $6.79 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  6+ | $11.79 |

**SME always offers Capital Goods at Killer Pricing.  Consider purchasing before the end of 2012.**
*TAKE ADVANTAGE OF THESE DEALS now, AS WE MAKE ROOM FOR ADDITIONAL 2013 INVENTORY!!!*

| | | |
|---|---|---|
| MU73172 | SME Analog Dual Channel TENS Plus Unit with case & electrodes | **(WOW!)** $27.95 |
| DS2200 | TwinStim Digital TENS and EMS Unit with case & electrodes | **(WOW!)** $47.95 |
| 685810 | Spirit Commercial XT685 Treadmill | $2,299.00 |
| 800849 | Spirit Commercial CT800 Treadmill | $2,999.00 |
| 801849 | Medical Handrail for CT800 | $299.00 |
| 951110 | Spirit Commercial XBR95 Recumbent Cycle | $1,599.00 |
| 800149 | Spirit Commercial CR800 Recumbent Cycle | $1,799.00 |
| 800349 | Spirit Commercial CU800 Upright Cycle | $1,599.00 |
| 800049 | Spirit Commercial CE800 Elliptical | $2,399.00 |

**\*\*Please call us for special incentives on all Spirit Fitness products\*\***

| | | |
|---|---|---|
| 2102 | Chattanooga E-1 Hydrocollator - complete with packs | *Call for **KILLER** pricing!* |
| 2760 | Chattanooga Intelect Legend XT 2 Channel Combo | *Call for **KILLER** pricing!* |
| AM-BA350 | Armedica 3-Section Electric Hi-Lo with Bar Activated Height Adj. | $1,579.00 |
| AM-350 | Armedica 3-Section Electric Hi-Lo Treatment with Foot Switch | $1,449.00 |

## ⇓⇓\*\*ONE TIME ONLY, CLOSEOUT SACRFICE SALE\*\*⇓⇓

| | | |
|---|---|---|
| 1020-30flat | Clinton 30"W FLAT Treatment Table w/ Shelf - Royal Blue only | $299.99 |
| 1020-30 | Clinton 30"W Treatment Table w/Adj Back(or Flat) & Shelf, any color | $319.95 |
| R2910E | MiniEuro Pulley-50lb weight stack (includes Balance Handle) | $1,189.45 |
| FLU210D | Fluidotherapy Pulse | *Call for **KILLER** pricing!* |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit J

20th Birthday Prices from SME, Inc. USA



## Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | 20th Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds of thousands of additional Therapy Products available at deep discounts.  Call Today!

Exhibit K



**SUPERIOR MEDICAL EQUIPMENT**



CELEBRATING 20 YEARS
1992    2012


Like us on Facebook!
SME, Inc. USA


Follow us on Twitter!
@SMEIncUSA

Visit us on the Web!
www.SMEINCUSA.com

Ask about our
*Stock Up & Save*
Promotion!

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

*Your single source for discounts on everything therapy for over 20 years!*

# HAPPY HOLIDAYS

## from

# SME!

### Use Promo Code

## GRATEFUL122013

Expires 12/31/13

For **15%** Off Your Entire Order &

An Entry for a Catered Lunch for up to 10 People!

Ten Clinics Will Win! Drawing is on January 2, 2014

˙This offer cannot be combined with any other promotion˙ ˙Exclusions may apply˙

If you wish to be removed from our fax list, please fax your request to 800.560.5424

ordernow@smeincusa.com      800-538-4675      (fax)800-560-5424

Exhibit L

*"SME, Inc. USA...The Leading Discounter of Everything Therapy"*



# THE SME SUPER SUMMER SALE!
## Prices good through October 31, 2013!

t/ 800.538.4675
f/ 800.560.5424
e/ ordernow@smeincusa.com

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'FBQ313' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Sale Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | **$54.84** |
| 20130 | Theraband Red 50yd | **$56.91** |
| 20140 | Theraband Green 50yd | **$62.77** |
| 20150 | Theraband Blue 50yd | **$71.07** |
| 20160 | Theraband Black 50yd | **$78.02** |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24" height adj. - Black only | **$69.99** |
| 440-2 | Stretch-Out Strap - *single unit* | **$10.95** |
| 440-2B | Stretch-Out Strap - *pack of 10 (only $8.395 per unit!)* | **$83.95** |
| W104 | SME Supertrode Electrodes, 2" sq case    *MADE IN USA* | **$20.95** |
| W110 | SME Supertrode Electrodes, 2" x 3.5"case    *MADE IN USA* | **$36.96** |
|  | *\*\*All Supertrodes are available in White Foam or White Cloth\*\** |  |
| SMEG | SME Blue Ultrasound Gel, 5 liters | **$8.75** |
| SMEL | SME Ultrasound Lotion, gallon (Light Citrus Scent) | **$12.50** |
| C501 | CORE Hot Pack Cervical 24"    *MADE IN USA* | **$8.56** |
| C500 | CORE Hot Pack Standard 10" x 12"    *MADE IN USA* | **$7.56** |
| C502 | CORE Hot Pack Oversize 15" x 24"    *MADE IN USA* | **$16.88** |
| 45552 | Cover Roll Stretch 2" x 10yd | **$8.29** |
| 76168 | Leukotape P 1.5" x 15yd | **$6.95** |
| 473 | Free Up Cream 16oz Unscented    *MADE IN USA* | **$13.89** |
| SW/rngerDLX | Deluxe Shoulder Pulley, web strap & molded plastic handles | **$5.49** |
| SW/rngerDLXB | Deluxe Shoulder Pulley, web strap & molded plastic handles(10/pk) | **$46.90** |
| TP2(X) | Thera-Putty - 2oz - all colors    *MADE IN USA* | **$2.15** |
| TP5LB(X) | Thera-Putty - 5lb - all colors    *MADE IN USA* | **$55.99** |
| 90952 | Big Digit Digital Timer | **$7.49** |
| 2336-2339 | Latex Gloves, Powder Free, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$6.75** |
| 2326-2329 | Latex Gloves, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$5.95** |
| NC89030-202 | Kinesio Classic W/R  Beige 2" x 13.1'  -  (1) box of 6 rolls | **$44.44** |

**FREE GROUND SHIPPING** ON EVERY ORDER OF $250 OR MORE - Every Day of the Year!

*BUT WAIT!  There's MORE:*

**CHOOSE A FREE GIFT WITH ANY ORDER OF $300 OR ABOVE!!**
Your CHOICE of any of the following (while supplies last)-
    choose a FREE box of Andover Athletic Tape - 1.5"x 10yd - 8 rolls per box (an $11.95 value)
    choose a FREE 360° 6" Goniometer  (a $4.50 value)
    choose a FREE Basic Shoulder Pulley with Web Strap and wooden handles  (a $4.95 value)

For more incredible pricing, register for an online account at: www.smeincusa.com
Hundreds of thousands of additional therapy products available at deep discounts.  SME will BEAT any price!

Exhibit M

# BULK SAVINGS: STOCK UP AND SAVE

## FREE! FREE FREE!

**Order $550-$749, receive these items FREE:**
- 1 - Caviwipes Canister
- 1 - Purell Original 2lit. Pump

**Order $750-$949, receive these items FREE:**
- 1 - Caviwipes Canister
- 1 - Purell Original 2liter Pump
- 1 - Sanizide Gallon

**Orders of $950+, receive these items FREE:**
- 1 - Caviwipes Canister (160)
- 1 - Purell 800 Series Dispenser
- 1 - Purell Original 800ml Bag-in-Box Refill
- 1 - *LITTMANN STETHOSCOPE 28" LIGHTWEIGHT*



LOWEST PRICES ALLOWED
BY LAW

| | | |
|---|---|---|
| 2760 | Intelect XT 2 Channel Combo with *FREE STOOL!* | $2,195.00 |
| 2786 | Intelect XT 4 Channel Stim with *FREE STOOL!* | $2,095.00 |
| 2788 | Intelect XT 4 Channel Combo with *FREE STOOL!* | $2,799.00 |
| 2782 | Intelect Transport Ultrasound with *FREE STOOL!* | $1,095.00 |
| 2783 | Intelect Transport Stim with *FREE STOOL!* | $1,449.00 |
| 2738 | Intelect Transport 2 Ch.Combo with *FREE STOOL!* | $1,999.00 |



**SME**
**SUPERIOR MEDICAL EQUIPMENT**
CELEBRATING 20 YEARS
1992    2012

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com
*Your single source for discounts on everything therapy!*

To unsubscribe, please fax name and fax number to 800-560-5424. Thank you.

PROMO CODE **PB110113** MUST BE REFERENCED AT TIME OF ORDER

## YES, THESE PRICES ARE WILD!

| Item #: | Product Description: | Quantity: | Sale Price: |
|---|---|---|---|
| 440-2 | OPTP Original Stretch Out Strap | 12+ | $8.25 each |
| LIRP1 | Lifeline Multi-Use Shoulder Pulley | 12+ | $6.25 each |
| W104/F204 | Supertrode Electrode 2" Square *Made in the USA* | 10+ | $19.99 /case |
| W102/F202 | Supertrode Electrode 2" Round *Made in the USA* | 10+ | $19.99 /case |
| W106/F206 | Supertrode Electrode 2.75" Round *Made in the USA* | 10+ | $29.95 /case |
| W110/F210 | Supertrode Electrode 2" x 3.5" *Made in the USA* | 10+ | $29.95 /case |
| 10302-6 | Standard Aluminum Ok Cane (Silver) | 6+ | $6.50 each |
| 89035(6/box) | Kinesio Tex Gold FP - 2" x 5.5yd 6-Roll Box (Any Color) | 6+ | $54.95 /box |
| 89035(Bulk) | Kinesio Tex Gold FP - 2" x 33.5yd Bulk Roll (Any Color) | 6+ | $54.95 /box |
| 3352 | Gauze Pads, Sterile - 2" x 2" 12ply (100) | 6+ | $3.49 /box |
| 3353 | Gauze Pads, Sterile - 3" x 3" 12ply (100) | 6+ | $3.49 /box |
| 3354 | Gauze Pads, Sterile - 4" x 4" 12ply (100) | 6+ | $5.95 /box |
| 33200 | Conco "Ace-Type" Econowrap - 2" x 4.5yd (10rolls/pack) | 2+ | $4.49 /pack |
| 33300 | Conco "Ace-Type" Econowrap - 3" x 4.5yd (10rolls/pack) | 2+ | $5.49 /pack |
| 33400 | Conco "Ace-Type" Econowrap - 4" x 4.5yd (10rolls/pack) | 2+ | $6.99 /pack |
| 33600 | Conco "Ace-Type" Econowrap - 6" x 4.5yd (10rolls/pack) | 2+ | $9.99 /pack |
| DCR1 | Cervical Roll *Compares to McKenzie* *Made in the USA* | 12+ | $8.99 each |
| DLR1 | Lumbar Roll *Compares to McKenzie* *Made in the USA* | 12+ | $7.99 each |
| PRE473 | Free Up Cream - 16oz Unscented *Made in the USA* | 8+ | $11.95 each |
| WA(S,M,L) | Adjustable Heel Lift *Ok to mix & match* | 12+ | $3.25 each |
| *Mix & Match* | Trivarion Ionto Electrodes (Sm, Med, Lg, Butterfly) | 6+ | $45.95 /box |
| 71097 | Cervical, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 70596 | Standard, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 71598 | Oversize, Heavy Duty Cold Versa Pac | 6+ | $14.95 each |
| C501 | Core Hot Pack - 24" Cervical *Made in the USA* | 6+ | $8.56 each |
| C502 | Core Hot Pack - 15" x 24" Oversize *Made in the USA* | 6+ | $16.88 each |
| C500 | Core Hot Pack - 10" x 12" Standard *Made in the USA* | 6+ | $7.56 each |
| 232(S,M,L,XL) | Latex Exam Gloves (100/box) | 10+ | $5.50 /box |
| 233(S,M,L,XL) | Latex Exam Gloves, Powder Free (100/box) | 10+ | $6.25 /box |
| 260(X)/261(X) | Vinyl Exam Gloves, Powder or Powder Free (100/box) | 10+ | $5.50 /box |
| 251(S,M,L,XL) | Nitrile Exam Gloves, Blue (100/box) | 10+ | $5.85 /box |
| SPRING90952 | Springfield Minute Master Big Digit Timer | 6+ | $6.99 each |
| TP2(T,Y,R,G,B) | Thera-Putty - 2oz (Tan, Yellow, Red, Green or Blue) | 12+ | $1.99 each |
| TP4(T,Y,R,G,B) | Thera-Putty - 4oz (Tan, Yellow, Red, Green or Blue) | 12+ | $2.99 each |
| TP16(T,Y,R,G,B) | Thera-Putty - 1lb (Tan, Yellow, Red, Green or Blue) | 12+ | $11.95 each |

Sale Ends December 31, 2013

Exhibit N

Date:_____

Insert address of Claims Administrator
XXXXX
XXXXX
XXXXX

**RE:   Request to be Excluded from the Class**

Please exclude me or the business identified below as a member of the class in *Manheim v. SME, Inc. USA* (Case No. 2:14-cv-02856-DCN in the United States District Court for the District of South Carolina). The name, current address, current telephone number, and fax number used during the period January 1, 2012, to December 31, 2013, for the individual or business to be excluded are:

_____       _____
Name of individual or business to be excluded    Telephone Number

_____       _____
Address                              Fax Number used during the period
                                     January 1, 2012, to December 31, 2013

_____
City/State/Zip

If I am signing this on behalf of a business, I represent and warrant that I am authorized to take this action on behalf of the business.

Sincerely,

_____
(signature required)

_____
Print Name

_____
Title (if applicable)

Exhibit FJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Carol Manheim d/b/a Plantation Plaza Therapy Center, individually and on behalf of all other persons similarly situated, | |
| Plaintiff, | Case No. 2:14-cv-02856-DCN |
| v. | |
| SME Inc., USA d/b/a Superior Medical Equipment, | |
| Defendant. | |

## Settlement Order and Final Judgment

This matter came before the Court on _____, 2015, pursuant to the Order Preliminarily Approving Class-Action Settlement entered on _____, 2015 ("the Preliminary Approval Order"), for the purpose of determining (1) whether the settlement of this action, on the terms and conditions set forth in the Settlement Agreement previously submitted to the Court, should be approved as fair, just, adequate, and reasonable; (2) whether the Class Representative should receive a case contribution award and the amount of that award; (3) the amount of attorneys' fees and expenses to award Class Counsel; and (4) whether a Settlement Order and Final Judgment should be entered.

Having considered the record in this action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The Court previously certified, for settlement purposes only, a class under

— 1 —

Rule 23(b)(2) and (3) that consists of all persons, natural or otherwise, throughout the

United States to whom SME Inc., USA d/b/a Superior Medical Equipment ("SME") sent

or caused to be sent, at any time from July 16, 2010, to the present, one or more facsimile

or fax transmissions with content substantially similar to those fax transmissions

contained in Exhibits A, B, C, D, E, F, G, H, I, J, K, L, or M attached to this order.

Excluded from the Class are the individuals and businesses listed in the attached Exhibit

N, who are individuals and businesses that timely submitted an exclusion request in

accordance with the Preliminary Approval Order. The individuals listed in the attached

Exhibit M are excluded from the Class and the settlement, shall not receive any benefits

from the settlement, and will not be bound by the settlement. [If there are no exclusion

requests, The last two sentences will be deleted and replaced with this sentence: "No

individual or business requested to be excluded from the Class."]

The Court finds that notice of the proposed class-action settlement was given to the

Class in accordance with the Preliminary Approval Order and complied with the

requirements of Rule 23(c)(2). The Court finds that the notice methodology was the best

notice practicable under the circumstances of this case; satisfied due process

requirements; and provided class members with fair and adequate notice of the proposed

class-action settlement, the right to opt-out of the Class, this hearing, the right to object to

the proposed settlement, the proposed settlement itself, the right of the Class

Representative to apply for a case-contribution award for her service in bringing this case

on behalf of the Class and serving as the Class Representative, and the right of Class

Counsel to apply for an award of attorneys' fees and expenses.

Any and all objections to the Settlement Agreement have been considered and are hereby found to be without merit and are overruled. [This paragraph will be deleted if there are no objections.]

The Settlement Agreement is the product of good-faith, arms-length negotiations between the parties, each of whom was represented by experienced counsel. The terms of the settlement, as set forth in the Settlement Agreement, are hereby determined to be fair, just, reasonable, and adequate. Accordingly, the Settlement Agreement, including each of its respective terms and conditions, is hereby finally approved by and incorporated as part of this Settlement Order and Final Judgment. This Settlement Order and Final Judgment incorporates by reference the defined terms in the Settlement Agreement.

No Class Member will have any property interest in the Settlement Fund unless that Class Member timely submitted a claim and the claim has been determined to be a valid claim under the terms of the Settlement Agreement.

The Court finds that a case-contribution payment of $5,000 to the Class Representative is fair and reasonable for her service in bringing this case on behalf of the Class and serving as the Class Representative.

SME is hereby permanently and forevermore enjoined and prohibited from, either directly or by assisting others, using any telephone facsimile machine, computer, or other device to send any unsolicited advertisement to any Class Member's telephone facsimile machine. The term "telephone facsimile machine" means equipment which has the

capacity (A) to transcribe text or images, or both, from paper into an electronic signal and to transmit that signal over a regular telephone line, or (B) to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper. The term "unsolicited advertisement" means any material advertising the commercial availability or quality of any property, goods, or services that is transmitted to any Class Member's telephone facsimile machine without that person's prior express invitation or permission.

The Court hereby enters judgment fully and finally terminating all claims on the merits against SME. The Class Representative and all Class Members, regardless of whether they have claimed benefits under the settlement, by operation of this Order release and forever discharge SME and its shareholders, officers, directors, attorneys, agents, employees, successors, and assigns from all claims, whether legal or equitable, arising from or related to SME sending advertisements to fax machines or causing advertisements to be sent to fax machines at any time since July 16, 2010 with content substantially similar to those fax transmissions contained in Exhibits A, B, C, D, E, F, G, H, I, J, K, L, or M. The Class Representative and all Class Members, regardless of whether they have claimed benefits under the settlement, by operation of this Order also covenant not to sue the released parties regarding any of the released claims.

The release and covenant not to sue set forth above are effective only upon SME's full performance of the funding obligations set forth in the Settlement Agreement, and the release and covenant not to sue do not affect any claim that the Class Representative or

— 4 —

any Class Member may have against SME for breach of the terms of the Settlement

Agreement or for failure to comply with this Order.

All Class Members, regardless of whether they have claimed benefits under the

settlement, are forever barred and permanently enjoined from filing, commencing,

prosecuting, continuing, litigating, intervening in, or participating as a class member in

any lawsuit or administrative, regulatory, or other proceeding in any jurisdiction if the

lawsuit or administrative, regulatory, or other proceeding is based on or relates to the

claims and causes of action, or the facts and circumstances relating thereto, in or

underlying this action that qualify them as Class Members

The Class Representative shall be paid a case-contribution payment of $5,000. This

amount shall be paid to the Class Representative by the Claims Administrator within 10

days of this Order becoming "final."

The sum of $_____ is hereby awarded to Class Counsel as the entire

attorneys' fees in this action, covering all fees for legal services. The sum of $_____ is

further hereby awarded to Class Counsel for all reasonable costs (except the settlement

costs as described in this Order), all reasonable disbursements, all reasonable out-of-

pocket expenses, and all other reasonable expenditures in connection with this litigation.

These sums shall be paid to Class Counsel as provided in the Settlement Agreement and

shall be paid by the Claims Administrator to Class Counsel within 10 days of this Order

becoming "final." For the purpose of this payment and all other payments or actions

required by this Order, this Order will be deemed to be "final" if no appeal is filed after

the entry of this Order and the time for filing any appeal from this Order has expired, or, if an appeal is filed, when the mandate from the appellate court affirming this Court's final order approving this settlement is filed in this Court.

Unless a different deadline is specified in the Settlement Agreement, all other payments required to be made under the Settlement Agreement, including but not limited to the payments to Class Members that submitted valid claims, shall be paid within 10 days of this Order becoming "final."

Neither this Order, the Settlement Agreement, the fact of the settlement, the settlement proceedings, settlement negotiations, nor any related document, shall be used as an admission of any act or omission by SME or be offered or received in evidence as an admission, concession, presumption, or inference of any wrongdoing by SME in any proceeding other than any proceeding as may be necessary to consummate or enforce the Settlement Agreement or this Order.

None of the parties receiving releases under this Order shall have any responsibility for and shall have no liability whatsoever with respect to the allocation among Class Counsel of any attorneys' fees or expenses awarded by the Court, nor to any other person that may assert a claim thereto.

The parties are hereby authorized without further approval from the Court to adopt such amendments or modifications of the Settlement Agreement and all exhibits thereto as may be consistent in all respects with this Order and do not limit the rights of Class Members.

The Court retains jurisdiction over this settlement to the extent necessary to implement, effectuate, and administer this settlement and this Order, including but not limited to any issues arising from the Court's award of attorneys' fees and expenses.

SO ORDERED, this _____ day of _____ 2015.


_____
The Honorable David C. Norton
United States District Judge
District of South Carolina

Exhibit A



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## $50 OFF ~ BIRTHDAY COUPON ~ FOR PREFERRED THERAPY PROVIDERS

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment

…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PREFERRED Therapy Providers

DATE:                              05.01.12
EXPIRATION:                 01.01.13

CERTIFICATE NUMBER:        PTPFB712

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT. May not be used towards previous invoices or orders. May not be combined with any other offer or promotion.

TO REDEEM: Present this coupon with your order. A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).

Exhibit B

PREFERRED THERAPY PROVIDERS Pricing from SME, Inc. USA                    page 1 of 1



# Special SALE Prices throughout 2012!
*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTP discounts.  Call Today!

Exhibit C



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *$50 OFF ~ BIRTHDAY COUPON ~ FOR PTPN PROVIDERS*

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PTPN PROVIDERS

EXPIRTION DATE:                     JANUARY 1, 2013

CERTIFICATE NUMBER:                 PTPN07125949

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

Exhibit D

PTPN Pricing from SME, Inc. USA                                                                    page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675

f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTPN discounts.  Call Today!

Exhibit E



**SUPERIOR MEDICAL EQUIPMENT**

CELEBRATING 20 YEARS

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

September, 2012

Dear                     ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>The pressure is on - costs must be contained in order to SURVIVE.</u>

Over the years, our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers. We explore every money-saving opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, ***2013***.  <u>Each and every time you order, you MUST mention (phone orders) or enter (online orders) the code:</u>  **'BDGN12'** to receive the 20th Birthday pricing.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well. Just contact us by email (<u>quote@smeincusa.com</u>), fax  (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ **<u>$50 coupon attached</u>**
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or request an online account
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, There is <u>NO</u> price that SME won't beat.**

**<u>Thank you</u>** in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit F



**SUPERIOR MEDICAL EQUIPMENT**

CELEBRATING 20 YEARS

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *20th BIRTHDAY COUPON ~ $50 OFF ~ FROM US TO YOU*

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### YOUR PHYSICAL THERAPY CLINIC

EXPIRATION DATE:        FEBRUARY 29, 2013

CERTIFICATE NUMBER:        FXPJTBDGN12

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT. May not be used towards previous invoices or orders. May not be combined with any other offer or promotion.

TO REDEEM: Present this coupon with your order. A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping). ONE CERTIFICATE PER CLINIC.

Exhibit G



Here's An Even Larger Selection of Killer 20th Birthday Pricing For You
November, 2012

Dear                    ,

RE:     **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
        The pressure is on - costs must be contained in order to SURVIVE.

Our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, *2013*.  Each and every time you order, you **MUST** mention (phone orders) or enter (online orders) the code:  '**BDGN12**' to receive the 20th Birthday pricing.

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email (quote@smeincusa.com), fax (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ **CASH IS KING: Use code BDGN75 for $75 off any order over $375.00.**
  **That's it – no catch, no gimmicks**
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or *request an online account*
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, SME will beat ANY price, EVERY time.**

**Thank you** in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit H

**20th Birthday Prices from SME, Inc. USA**



# Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24"height adj. - Black only | $58.95 |
| 775-11AN | ADC Aneroid Blood Pressure Cuff-10yr. calibration, includes case | $13.79 |
| 670 | ADC Dual Head Sethescope - latex free | $4.99 |
| ACTXXX | Trivarion Iontophoresis Electrodes: SML, MED, LRG or Butterfly | $46.95 |
| WP420 | Sanizene Disinfectant - 1 gallon | $33.49 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |
| 440-2 | Stretch-Out Strap - *pack of 10 (only $8.395 per piece!)* | $83.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq, 40/case | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd, 40/case | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/case | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/case | $36.96 |
| | ***White Foam available for all of the above styles*** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R (6) 2" x 5.5yds OR (1) 33yd roll | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| 3-RM-000-0 | Basic Shoulder Pulley, economy wood handles | $3.99 |
| 3-RM-D00-0 | Deluxe Shoulder Pulley, molded grip handles | $5.49 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit I

## 20th Birthday Prices from SME, Inc. USA

| SME Item # | Description | Birthday Price |
|---|---|---|
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 2511 | Nitrile N/S Gloves Small 100/Bx  Blue | $6.79 |
| 2512 | Nitrile N/S Gloves Medium 100/Bx  Blue | $6.79 |
| 2513 | Nitrile N/S Gloves Large 100/Bx  Blue | $6.79 |
| 2514 | Nitrile N/S Gloves X-Large 90/Bx  Blue | $6.79 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |

**SME always offers Capital Goods at Killer Pricing.  Consider purchasing before the end of 2012.**

*TAKE ADVANTAGE OF THESE DEALS now, AS WE MAKE ROOM FOR ADDITIONAL 2013 INVENTORY!!!*

| | | |
|---|---|---|
| MU73172 | SME Analog Dual Channel TENS Plus Unit with case & electrodes | **(WOW!)**  $27.95 |
| DS2200 | TwinStim Digital TENS and EMS Unit with case & electrodes | **(WOW!)**  $47.95 |
| 685810 | Spirit Commercial XT685 Treadmill | $2,299.00 |
| 800849 | Spirit Commercial CT800 Treadmill | $2,999.00 |
| 801849 | Medical Handrail for CT800 | $299.00 |
| 951110 | Spirit Commercial XBR95 Recumbent Cycle | $1,599.00 |
| 800149 | Spirit Commercial CR800 Recumbent Cycle | $1,799.00 |
| 800349 | Spirit Commercial CU800 Upright Cycle | $1,599.00 |
| 800049 | Spirit Commercial CE800 Elliptical | $2,399.00 |

**\*\*Please call us for special incentives on all Spirit Fitness products\*\***

| | | |
|---|---|---|
| 2102 | Chattanooga E-1 Hydrocollator - complete with packs | *Call for **KILLER** pricing!* |
| 2760 | Chattanooga Intelect Legend XT 2 Channel Combo | *Call for **KILLER** pricing!* |
| AM-BA350 | Armedica 3-Section Electric Hi-Lo with Bar Activated Height Adj. | $1,579.00 |
| AM-350 | Armedica 3-Section Electric Hi-Lo Treatment with Foot Switch | $1,449.00 |

## ⇓⇓\*\*ONE TIME ONLY, CLOSEOUT SACRFICE SALE\*\*⇓⇓

| | | |
|---|---|---|
| 1020-30flat | Clinton 30"W FLAT Treatment Table w/ Shelf - Royal Blue only | $299.99 |
| 1020-30 | Clinton 30"W Treatment Table w/Adj Back(or Flat) & Shelf, any color | $319.95 |
| R2910E | MiniEuro Pulley-50lb weight stack (includes Balance Handle) | $1,189.45 |
| FLU210D | Fluidotherapy Pulse | *Call for **KILLER** pricing!* |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit J

20th Birthday Prices from SME, Inc. USA



## Special SALE Prices through February 29, 2013!
*Call us today to set up your online account for easy ordering*
t/ 800.538.4675
f/ 800.560.5424

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | 20th Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds of thousands of additional Therapy Products available at deep discounts.  Call Today!

Exhibit K



**SUPERIOR MEDICAL EQUIPMENT**

CELEBRATING 20 YEARS
1992    2012


Like us on Facebook!
SME, Inc. USA


Follow us on Twitter!
@SMEIncUSA

Visit us on the Web!
www.SMEINCUSA.com

Ask about our *Stock Up & Save* Promotion!

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

*Your single source for discounts on everything therapy for over 20 years!*

# HAPPY HOLIDAYS

## from

# SME!

### Use Promo Code

# GRATEFUL122013

Expires 12/31/13

For **15%** Off Your Entire Order &

An Entry for a Catered Lunch for up to 10 People!

Ten Clinics Will Win! Drawing is on January 2, 2014

ˑThis offer cannot be combined with any other promotionˑ ˑExclusions may applyˑ

If you wish to be removed from our fax list, please fax your request to 800.560.5424

ordernow@smeincusa.com    800-538-4675    (fax)800-560-5424

Exhibit L

*"SME, Inc. USA...The Leading Discounter of Everything Therapy"*



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

# THE SME SUPER SUMMER SALE!
## Prices good through October 31, 2013!

t/ 800.538.4675
f/ 800.560.5424
e/ ordernow@smeincusa.com

**YOU MUST MENTION CODE 'FBQ313' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Sale Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | **$54.84** |
| 20130 | Theraband Red 50yd | **$56.91** |
| 20140 | Theraband Green 50yd | **$62.77** |
| 20150 | Theraband Blue 50yd | **$71.07** |
| 20160 | Theraband Black 50yd | **$78.02** |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24" height adj. - Black only | **$69.99** |
| 440-2 | Stretch-Out Strap - *single unit* | **$10.95** |
| 440-2B | Stretch-Out Strap - *pack of 10 (only $8.395 per unit!)* | **$83.95** |
| W104 | SME Supertrode Electrodes, 2" sq case        *MADE IN USA* | **$20.95** |
| W110 | SME Supertrode Electrodes, 2" x 3.5"case   *MADE IN USA* | **$36.96** |
| | ***All Supertrodes are available in White Foam or White Cloth*** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | **$8.75** |
| SMEL | SME Ultrasound Lotion, gallon (Light Citrus Scent) | **$12.50** |
| C501 | CORE Hot Pack Cervical 24"             *MADE IN USA* | **$8.56** |
| C500 | CORE Hot Pack Standard 10" x 12"      *MADE IN USA* | **$7.56** |
| C502 | CORE Hot Pack Oversize 15" x 24"      *MADE IN USA* | **$16.88** |
| 45552 | Cover Roll Stretch 2" x 10yd | **$8.29** |
| 76168 | Leukotape P 1.5" x 15yd | **$6.95** |
| 473 | Free Up Cream 16oz Unscented          *MADE IN USA* | **$13.89** |
| SW/rngerDLX | Deluxe Shoulder Pulley, web strap & molded plastic handles | **$5.49** |
| SW/rngerDLXB | Deluxe Shoulder Pulley, web strap & molded plastic handles(10/pk) | **$46.90** |
| TP2(X) | Thera-Putty - 2oz - all colors          *MADE IN USA* | **$2.15** |
| TP5LB(X) | Thera-Putty - 5lb - all colors          *MADE IN USA* | **$55.99** |
| 90952 | Big Digit Digital Timer | **$7.49** |
| 2336-2339 | Latex Gloves, Powder Free, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$6.75** |
| 2326-2329 | Latex Gloves, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$5.95** |
| NC89030-202 | Kinesio Classic W/R  Beige 2" x 13.1' -  (1) box of 6 rolls | **$44.44** |

**<u>FREE GROUND SHIPPING</u> ON EVERY ORDER OF $250 OR MORE - Every Day of the Year!**

*BUT WAIT!  There's MORE:*

CHOOSE A <u>FREE</u> **GIFT** WITH ANY ORDER OF **$300 OR ABOVE!!**
**Your CHOICE of any of the following (while supplies last)-**
    choose a FREE box of Andover Athletic Tape - 1.5"x 10yd - 8 rolls per box (an $11.95 value)
    choose a FREE 360° 6" Goniometer  (a $4.50 value)
    choose a FREE Basic Shoulder Pulley with Web Strap and wooden handles  (a $4.95 value)

For more incredible pricing, register for an online account at: www.smeincusa.com
Hundreds of thousands of additional therapy products available at deep discounts.  SME will BEAT any price!

Exhibit M

# BULK SAVINGS: STOCK UP AND SAVE

PROMO CODE **PB110113** MUST BE REFERENCED AT TIME OF ORDER

### FREE! FREE FREE!

**Order $550-$749, receive these items FREE:**
- 1 - Caviwipes Canister
- 1 - Purell Original 2lit. Pump

**Order $750-$949, receive these items FREE:**
- 1 - Caviwipes Canister
- 1 - Purell Original 2liter Pump
- 1 - Sanizide Gallon

**Orders of $950+, receive these items FREE:**
- 1 - Caviwipes Canister (160)
- 1 - Purell 800 Series Dispenser
- 1 - Purell Original 800ml Bag-in-Box Refill
- 1 - *LITTMANN STETHOSCOPE 28" LIGHTWEIGHT*

### LOWEST PRICES ALLOWED BY LAW

| | | |
|---|---|---|
| 2760 | Intelect XT 2 Channel Combo with *FREE STOOL!* | $2,195.00 |
| 2786 | Intelect XT 4 Channel Stim with *FREE STOOL!* | $2,095.00 |
| 2788 | Intelect XT 4 Channel Combo with *FREE STOOL!* | $2,799.00 |
| 2782 | Intelect Transport Ultrasound with *FREE STOOL!* | $1,095.00 |
| 2783 | Intelect Transport Stim with *FREE STOOL!* | $1,449.00 |
| 2738 | Intelect Transport 2 Ch.Combo with *FREE STOOL!* | $1,999.00 |



**SME**
**SUPERIOR MEDICAL EQUIPMENT**
CELEBRATING 20 YEARS
1992   2012

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com
*Your single source for discounts on everything therapy!*

To unsubscribe, please fax name and fax number to 800-560-5424. Thank you.

### YES, THESE PRICES ARE WILD!

| Item #: | Product Description: | Quantity: | Sale Price: |
|---|---|---|---|
| 440-2 | OPTP Original Stretch Out Strap | 12+ | $8.25 each |
| LIRP1 | Lifeline Multi-Use Shoulder Pulley | 12+ | $6.25 each |
| W104/F204 | Supertrode Electrode 2" Square *Made in the USA* | 10+ | $19.99 /case |
| W102/F202 | Supertrode Electrode 2" Round *Made in the USA* | 10+ | $19.99 /case |
| W106/F206 | Supertrode Electrode 2.75" Round *Made in the USA* | 10+ | $29.95 /case |
| W110/F210 | Supertrode Electrode 2" x 3.5" *Made in the USA* | 10+ | $29.95 /case |
| 10302-6 | Standard Aluminum Ok Cane (Silver) | 6+ | $6.50 each |
| 89035(6/box) | Kinesio Tex Gold FP - 2" x 5.5yd 6-Roll Box (Any Color) | 6+ | $54.95 /box |
| 89035(Bulk) | Kinesio Tex Gold FP - 2" x 33.5yd Bulk Roll (Any Color) | 6+ | $54.95 /box |
| 3352 | Gauze Pads, Sterile - 2" x 2" 12ply (100) | 6+ | $3.49 /box |
| 3353 | Gauze Pads, Sterile - 3" x 3" 12ply (100) | 6+ | $3.49 /box |
| 3354 | Gauze Pads, Sterile - 4" x 4" 12ply (100) | 6+ | $5.95 /box |
| 33200 | Conco "Ace-Type" Econowrap - 2" x 4.5yd (10rolls/pack) | 2+ | $4.49 /pack |
| 33300 | Conco "Ace-Type" Econowrap - 3" x 4.5yd (10rolls/pack) | 2+ | $5.49 /pack |
| 33400 | Conco "Ace-Type" Econowrap - 4" x 4.5yd (10rolls/pack) | 2+ | $6.99 /pack |
| 33600 | Conco "Ace-Type" Econowrap - 6" x 4.5yd (10rolls/pack) | 2+ | $9.99 /pack |
| DCR1 | Cervical Roll *Compares to McKenzie* *Made in the USA* | 12+ | $8.99 each |
| DLR1 | Lumbar Roll *Compares to McKenzie* *Made in the USA* | 12+ | $7.99 each |
| PRE473 | Free Up Cream - 16oz Unscented *Made in the USA* | 8+ | $11.95 each |
| WA(S,M,L) | Adjustable Heel Lift *Ok to mix & match* | 12+ | $3.25 each |
| *Mix & Match* | Trivarion Ionto Electrodes (Sm, Med, Lg, Butterfly) | 6+ | $45.95 /box |
| 71097 | Cervical, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 70596 | Standard, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 71598 | Oversize, Heavy Duty Cold Versa Pac | 6+ | $14.95 each |
| C501 | Core Hot Pack - 24" Cervical *Made in the USA* | 6+ | $8.56 each |
| C502 | Core Hot Pack - 15" x 24" Oversize *Made in the USA* | 6+ | $16.88 each |
| C500 | Core Hot Pack - 10" x 12" Standard *Made in the USA* | 6+ | $7.56 each |
| 232(S,M,L,XL) | Latex Exam Gloves (100/box) | 10+ | $5.50 /box |
| 233(S,M,L,XL) | Latex Exam Gloves, Powder Free (100/box) | 10+ | $6.25 /box |
| 260(X)/261(X) | Vinyl Exam Gloves, Powder or Powder Free (100/box) | 10+ | $5.50 /box |
| 251(S,M,L,XL) | Nitrile Exam Gloves, Blue (100/box) | 10+ | $5.85 /box |
| SPRING90952 | Springfield Minute Master Big Digit Timer | 6+ | $6.99 each |
| TP2(T,Y,R,G,B) | Thera-Putty - 2oz (Tan, Yellow, Red, Green or Blue) | 12+ | $1.99 each |
| TP4(T,Y,R,G,B) | Thera-Putty - 4oz (Tan, Yellow, Red, Green or Blue) | 12+ | $2.99 each |
| TP16(T,Y,R,G,B) | Thera-Putty - 1lb (Tan, Yellow, Red, Green or Blue) | 12+ | $11.95 each |

Sale Ends December 31, 2013

