# Exhibit A



SUPERIOR MEDICAL EQUIPMENT

CELEBRATING 20 YEARS
1992   2012

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## $50 OFF ~ BIRTHDAY COUPON ~ FOR PREFERRED THERAPY PROVIDERS

**SME, INC. USA is your single source for everything therapy in your clinic!**

Take advantage of our special discounts on:  Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PREFERRED Therapy Providers

DATE:                                          05.01.12
EXPIRATION:                              01.01.13

CERTIFICATE NUMBER:              PTPFB712

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).

Exhibit B

PREFERRED THERAPY PROVIDERS Pricing from SME, Inc. USA                    page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTP discounts.  Call Today!

Exhibit C



**SME SUPERIOR MEDICAL EQUIPMENT**

**CELEBRATING 20 YEARS** 1992 2012

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## *$50 OFF ~ BIRTHDAY COUPON ~ FOR PTPN PROVIDERS*

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care, Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### PTPN PROVIDERS

EXPIRTION DATE:                    JANUARY 1, 2013

CERTIFICATE NUMBER:          PTPN07125949

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

# Exhibit D

PTPN Pricing from SME, Inc. USA                                     page 1 of 1



# Special SALE Prices throughout 2012!

*Call us today to set up your on-line account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | 2012 SME Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds, of thousands, additional Therapy Products available at deep PTPN discounts.  Call Today!

# Exhibit E



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

September, 2012

Dear                    ,

RE:     **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
        <u>The pressure is on - costs must be contained in order to SURVIVE.</u>

Over the years, our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every money-saving opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, ***2013***.  <u>Each and every time you order, you MUST mention (phone orders) or enter (online orders) the code:  **'BDGN12'** to receive the 20th Birthday pricing.</u>

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email (quote@smeincusa.com), fax  (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ <u>**$50 coupon attached**</u>
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or request an online account
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, There is <u>NO</u> price that SME won't beat.**

<u>**Thank you**</u> in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

# Exhibit F



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

## 20th BIRTHDAY COUPON ~ $50 OFF ~ FROM US TO YOU

### SME, INC. USA is your single source for everything therapy in your clinic!

Take advantage of our special discounts on: Exercise & Strength Equipment, Capital Equipment, Modalities, DME, Aquatic Therapy Supplies, Wound Care,
Bracing, Supports & Cushions, Pediatric Therapy, Clinic Supplies, ATC Supplies & Equipment
…If you need, it we have…or, we'll find it!!

PRESENTED TO:

### YOUR PHYSICAL THERAPY CLINIC

EXPIRATION DATE:                FEBRUARY 29, 2013

CERTIFICATE NUMBER:         FXPJTBDGN12

This certificate is good for $50 off any new order greater than $250, EXCLUDING TAX AND FREIGHT.  May not be used towards previous invoices or orders.  May not be combined with any other offer or promotion.

TO REDEEM:  Present this coupon with your order.  A line item deduction will be made on your invoice for the amount of $50 off your total order (before tax or shipping).   ONE CERTIFICATE PER CLINIC.

Exhibit G



Here's An Even Larger Selection of Killer 20th Birthday Pricing For You
November, 2012

Dear                  ,

RE:    **In these tough times every Physical Therapy Clinic – everybody - is feeling The Pinch.**
       <u>The pressure is on - costs must be contained in order to SURVIVE.</u>

Our company, SME, Inc. USA, has become an indispensable source for discounts on thousands of physical therapy products.  Our mission, from day one, has been to partner with our customers.  We explore every opportunity to reduce costs.  It's our 20th birthday and all of our celebration is for you!

We came up with the *mother* of all birthday presents:  a special Birthday Price list.   The attached killer prices are good through, would you believe?… February 29, ***2013***.  <u>Each and every time you order, you **MUST** mention (phone orders) or enter (online orders) the code:  '**BDGN12**' to receive the 20th Birthday pricing.</u>

Your clinic probably uses more products than are on this list.  There is GOOD NEWS on that front as well.  Just contact us by email (<u>quote@smeincusa.com</u>), fax (**800.560.5424**) or phone (**800.538.4675**), with the other top products you order…whatever/wherever the source.

You will be pleasantly surprised - and delighted - as our quote will be below what you are paying now.  If not let us know and we will respond ASAP!

Are there more party favors?  Of course!!

- ✓ **CASH IS KING: Use code BDGN75 for <u>$75 off any order over $375.00.</u>**

    **That's it – no catch, no gimmicks**
- ✓ 20+ years of *friendly, expert service*
- ✓ Single source for every therapy product
- ✓ Same Day Shipping guaranteed for all products in stock
- ✓ Discounts on hundreds of national therapy catalogs
- ✓ Order via Phone, Fax, Email or *request an online account*
- ✓ Best of all, every product is unconditionally guaranteed to perform to your expectations
- ✓ **AND, SME will beat <u>ANY</u> price, <u>EVERY</u> time.**

**Thank you** in advance for helping to make SME, Inc. USA the leading discounter of therapy products in the USA for the last 20 years!

Exhibit H

## 20th Birthday Prices from SME, Inc. USA



# Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*
t/ 800.538.4675
f/ 800.560.5424

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

| SME Item # | Description | Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24"height adj. - Black only | $58.95 |
| 775-11AN | ADC Aneroid Blood Pressure Cuff-10yr. calibration, includes case | $13.79 |
| 670 | ADC Dual Head Sethescope - latex free | $4.99 |
| ACTXXX | Trivarion Iontophoresis Electrodes: SML, MED, LRG or Butterfly | $46.95 |
| WP420 | Sanizene Disinfectant - 1 gallon | $33.49 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |
| 440-2 | Stretch-Out Strap - *pack of 10 (only $8.395 per piece!)* | $83.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq, 40/case | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd, 40/case | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/case | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/case | $36.96 |
|  | ***White Foam available for all of the above styles*** |  |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R (6) 2" x 5.5yds OR (1) 33yd roll | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| 3-RM-000-0 | Basic Shoulder Pulley, economy wood handles | $3.99 |
| 3-RM-D00-0 | Deluxe Shoulder Pulley, molded grip handles | $5.49 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit I

## 20th Birthday Prices from SME, Inc. USA

| SME Item # | Description | Birthday Price |
|---|---|---|
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 2511 | Nitrile N/S Gloves Small 100/Bx  Blue | $6.79 |
| 2512 | Nitrile N/S Gloves Medium 100/Bx  Blue | $6.79 |
| 2513 | Nitrile N/S Gloves Large 100/Bx  Blue | $6.79 |
| 2514 | Nitrile N/S Gloves X-Large 90/Bx  Blue | $6.79 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  6+ | $11.79 |

**SME always offers Capital Goods at Killer Pricing.  Consider purchasing before the end of 2012.**

*TAKE ADVANTAGE OF THESE DEALS now, AS WE MAKE ROOM FOR ADDITIONAL 2013 INVENTORY!!!*

| | | |
|---|---|---|
| MU73172 | SME Analog Dual Channel TENS Plus Unit with case & electrodes | **(WOW!)** $27.95 |
| DS2200 | TwinStim Digital TENS and EMS Unit with case & electrodes | **(WOW!)** $47.95 |
| 685810 | Spirit Commercial XT685 Treadmill | $2,299.00 |
| 800849 | Spirit Commercial CT800 Treadmill | $2,999.00 |
| 801849 | Medical Handrail for CT800 | $299.00 |
| 951110 | Spirit Commercial XBR95 Recumbent Cycle | $1,599.00 |
| 800149 | Spirit Commercial CR800 Recumbent Cycle | $1,799.00 |
| 800349 | Spirit Commercial CU800 Upright Cycle | $1,599.00 |
| 800049 | Spirit Commercial CE800 Elliptical | $2,399.00 |

**\*\*Please call us for special incentives on all Spirit Fitness products\*\***

| | | |
|---|---|---|
| 2102 | Chattanooga E-1 Hydrocollator - complete with packs | *Call for **KILLER** pricing!* |
| 2760 | Chattanooga Intelect Legend XT 2 Channel Combo | *Call for **KILLER** pricing!* |
| AM-BA350 | Armedica 3-Section Electric Hi-Lo with Bar Activated Height Adj. | $1,579.00 |
| AM-350 | Armedica 3-Section Electric Hi-Lo Treatment with Foot Switch | $1,449.00 |

## ⇓⇓\*\*ONE TIME ONLY, CLOSEOUT SACRFICE SALE\*\*⇓⇓

| | | |
|---|---|---|
| 1020-30flat | Clinton 30"W FLAT Treatment Table w/ Shelf - Royal Blue only | $299.99 |
| 1020-30 | Clinton 30"W Treatment Table w/Adj Back(or Flat) & Shelf, any color | $319.95 |
| R2910E | MiniEuro Pulley-50lb weight stack (includes Balance Handle) | $1,189.45 |
| FLU210D | Fluidotherapy Pulse | *Call for **KILLER** pricing!* |

Hundreds, of thousands, of additional Therapy Products available at deep discounts.  Call Today!

Exhibit J

20th Birthday Prices from SME, Inc. USA



## Special SALE Prices through February 29, 2013!

*Call us today to set up your online account for easy ordering*

t/ 800.538.4675
f/ 800.560.5424

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

**YOU MUST MENTION CODE 'BDGN12' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | 20th Birthday Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | $53.14 |
| 20130 | Theraband Red 50yd | $55.17 |
| 20140 | Theraband Green 50yd | $60.82 |
| 20150 | Theraband Blue 50yd | $68.88 |
| 20160 | Theraband Black 50yd | $75.65 |
| | **Several alternative brand exercise bands available** | |
| NC50100 | Norco Ball 45cm, Burst Resist w/chart & tape measure | $11.95 |
| NC50101 | Norco Ball 55cm, Burst Resist w/chart & tape measure | $12.95 |
| NC50102 | Norco Ball 65cm, Burst Resist w/chart & tape measure | $14.95 |
| NC50103 | Norco Ball 75cm, Burst Resist w/chart & tape measure | $16.95 |
| NC50104 | Norco Ball 85cm, Burst Resist w/chart & tape measure | $19.95 |
| W104 | SME Supertrode Electrodes, White Cloth, 2" sq-CS of 10 packs | $24.40 |
| W102 | SME Supertrode Electrodes, White Cloth, 2"rnd-CS of 10 packs | $24.40 |
| W106 | SME Supertrode Electrodes, White Cloth, 2.75" rnd, 40/cs | $36.96 |
| W110 | SME Supertrode Electrodes, White Cloth, 2 x 3.5", 40/cs | $36.96 |
| | **White Foam available for all of the above styles** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | $8.75 |
| C501 | CORE Hot Pack Cervical 24" - *Made in USA* | $8.56 |
| C502 | CORE Hot Pack Oversize 15" x 24" - *Made in USA* | $16.88 |
| C500 | CORE Hot Pack Standard 10" x 12" - *Made in USA* | $7.56 |
| 45552 | Cover Roll Stretch 2" x 10yd | $8.06 |
| 76168 | Leukotape P 1.5" x 15yd | $6.59 |
| KTG15024 | Kinesio Tex Tape, Beige W/R 2" x 5.5yds | $54.65 |
| 471 | Free Up Cream 16oz | $15.95 |
| 470 | Free Up Cream 8oz | $10.75 |
| SW/RangerReg | Basic Shoulder Pulley, economy wood handles | $3.99 |
| TP2(X) | Thera-Putty - 2oz - all colors | $2.15 |
| TP4(X) | Thera-Putty - 4oz - all colors | $3.65 |
| TPLB(X) | Thera-Putty - 1lb - all colors | $13.75 |
| TP5LB(X) | Thera-Putty - 5lb - all colors | $55.99 |
| 90952 | Big Digit Digital Timer | $7.49 |
| PE636 | Foam Roller 6" x 36" | $12.95 |
| PE636 | Foam Roller 6" x 36"  *6+* | $11.79 |
| BEAU633712928 | Citrus II Multi-Purpose Disinfectant, Gallon | $17.53 |

Hundreds of thousands of additional Therapy Products available at deep discounts.  Call Today!

Exhibit K





Ask about our
*Stock Up & Save*
Promotion!


Like us on Facebook!
SME, Inc. USA


Follow us on Twitter!
@SMEIncUSA

Visit us on the Web!
www.SMEINCUSA.com

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

*Your single source for discounts on everything therapy for over 20 years!*

# HAPPY HOLIDAYS
## from
# SME!

Use Promo Code

## GRATEFUL122013

Expires 12/31/13

For **15%** Off Your Entire Order &

An Entry for a Catered Lunch for up to 10 People!

Ten Clinics Will Win! Drawing is on January 2, 2014

˙This offer cannot be combined with any other promotion˙ ˙Exclusions may apply˙

If you wish to be removed from our fax list, please fax your request to 800.560.5424

ordernow@smeincusa.com        800-538-4675        (fax)800-560-5424

Exhibit L

*"SME, Inc. USA...The Leading Discounter of Everything Therapy"*



800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com

# THE SME SUPER SUMMER SALE!
## Prices good through October 31, 2013!

t/ 800.538.4675
f/ 800.560.5424
e/ ordernow@smeincusa.com

**YOU MUST MENTION CODE 'FBQ313' EACH AND EVERY TIME YOU PLACE AN ORDER TO RECEIVE THIS PRICING!**

| SME Item # | Description | Sale Price |
|---|---|---|
| 20120 | Theraband Yellow 50yd | **$54.84** |
| 20130 | Theraband Red 50yd | **$56.91** |
| 20140 | Theraband Green 50yd | **$62.77** |
| 20150 | Theraband Blue 50yd | **$71.07** |
| 20160 | Theraband Black 50yd | **$78.02** |
| OAKBSTL | Pneumatic Rolling Exam Stool - 18"-24" height adj. - Black only | **$69.99** |
| 440-2 | Stretch-Out Strap - *single unit* | **$10.95** |
| 440-2B | Stretch-Out Strap - *pack of 10 (only $8.395 per unit!)* | **$83.95** |
| W104 | SME Supertrode Electrodes, 2" sq case      *MADE IN USA* | **$20.95** |
| W110 | SME Supertrode Electrodes, 2" x 3.5"case  *MADE IN USA* | **$36.96** |
| | ***All Supertrodes are available in White Foam or White Cloth** | |
| SMEG | SME Blue Ultrasound Gel, 5 liters | **$8.75** |
| SMEL | SME Ultrasound Lotion, gallon (Light Citrus Scent) | **$12.50** |
| C501 | CORE Hot Pack Cervical 24"          *MADE IN USA* | **$8.56** |
| C500 | CORE Hot Pack Standard 10" x 12"    *MADE IN USA* | **$7.56** |
| C502 | CORE Hot Pack Oversize 15" x 24"    *MADE IN USA* | **$16.88** |
| 45552 | Cover Roll Stretch 2" x 10yd | **$8.29** |
| 76168 | Leukotape P 1.5" x 15yd | **$6.95** |
| 473 | Free Up Cream 16oz Unscented        *MADE IN USA* | **$13.89** |
| SW/rngerDLX | Deluxe Shoulder Pulley, web strap & molded plastic handles | **$5.49** |
| SW/rngerDLXB | Deluxe Shoulder Pulley, web strap & molded plastic handles(10/pk) | **$46.90** |
| TP2(X) | Thera-Putty - 2oz - all colors        *MADE IN USA* | **$2.15** |
| TP5LB(X) | Thera-Putty - 5lb - all colors        *MADE IN USA* | **$55.99** |
| 90952 | Big Digit Digital Timer | **$7.49** |
| 2336-2339 | Latex Gloves, Powder Free, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$6.75** |
| 2326-2329 | Latex Gloves, Non-sterile - 100/box   Any Size:  S, M, L, XL | **$5.95** |
| NC89030-202 | Kinesio Classic W/R  Beige 2" x 13.1' -  (1) box of 6 rolls | **$44.44** |

**FREE GROUND SHIPPING** ON EVERY ORDER OF $250 OR MORE - **Every Day of the Year!**

*BUT WAIT!  There's MORE:*

CHOOSE A FREE GIFT WITH ANY ORDER OF $300 OR ABOVE!!
Your CHOICE of any of the following (while supplies last)-
        choose a FREE box of Andover Athletic Tape - 1.5"x 10yd - 8 rolls per box (an $11.95 value)
        choose a FREE 360° 6" Goniometer  (a $4.50 value)
        choose a FREE Basic Shoulder Pulley with Web Strap and wooden handles  (a $4.95 value)

For more incredible pricing, register for an online account at: www.smeincusa.com
Hundreds of thousands of additional therapy products available at deep discounts.  SME will BEAT any price!

Exhibit M

# BULK SAVINGS: STOCK UP AND SAVE

## FREE! FREE FREE!

**Order $550-$749, receive these items FREE:**
1 - Caviwipes Canister
1 - Purell Original 2lit. Pump

**Order $750-$949, receive these items FREE:**
1 - Caviwipes Canister
1 - Purell Original 2liter Pump
1 - Sanizide Gallon

**Orders of $950+, receive these items FREE:**
1 - Caviwipes Canister (160)
1 - Purell 800 Series Dispenser
1 - Purell Original 800ml Bag-in-Box Refill
1 - *LITTMANN STETHOSCOPE 28" LIGHTWEIGHT*



LOWEST PRICES ALLOWED
BY LAW

| | | |
|---|---|---|
| 2760 | Intelect XT 2 Channel Combo with *FREE STOOL!* | $2,195.00 |
| 2786 | Intelect XT 4 Channel Stim with *FREE STOOL!* | $2,095.00 |
| 2788 | Intelect XT 4 Channel Combo with *FREE STOOL!* | $2,799.00 |
| 2782 | Intelect Transport Ultrasound with *FREE STOOL!* | $1,095.00 |
| 2783 | Intelect Transport Stim with *FREE STOOL!* | $1,449.00 |
| 2738 | Intelect Transport 2 Ch.Combo with *FREE STOOL!* | $1,999.00 |



**SME**
**SUPERIOR MEDICAL EQUIPMENT**
CELEBRATING 20 YEARS
1992   2012

800-538-4675 • (fax)800-560-5424
ordernow@smeincusa.com
*Your single source for discounts on everything therapy!*

To unsubscribe, please fax name and fax number to 800-560-5424. Thank you.

PROMO CODE **PB110113** MUST BE REFERENCED AT TIME OF ORDER

## YES, THESE PRICES ARE WILD!

| Item #: | Product Description: | Quantity: | Sale Price: |
|---|---|---|---|
| 440-2 | OPTP Original Stretch Out Strap | 12+ | $8.25 each |
| LIRP1 | Lifeline Multi-Use Shoulder Pulley | 12+ | $6.25 each |
| W104/F204 | Supertrode Electrode 2" Square *Made in the USA* | 10+ | $19.99 /case |
| W102/F202 | Supertrode Electrode 2" Round *Made in the USA* | 10+ | $19.99 /case |
| W106/F206 | Supertrode Electrode 2.75" Round *Made in the USA* | 10+ | $29.95 /case |
| W110/F210 | Supertrode Electrode 2" x 3.5" *Made in the USA* | 10+ | $29.95 /case |
| 10302-6 | Standard Aluminum Ok Cane (Silver) | 6+ | $6.50 each |
| 89035(6/box) | Kinesio Tex Gold FP - 2" x 5.5yd 6-Roll Box (Any Color) | 6+ | $54.95 /box |
| 89035(Bulk) | Kinesio Tex Gold FP - 2" x 33.5yd Bulk Roll (Any Color) | 6+ | $54.95 /box |
| 3352 | Gauze Pads, Sterile - 2" x 2" 12ply (100) | 6+ | $3.49 /box |
| 3353 | Gauze Pads, Sterile - 3" x 3" 12ply (100) | 6+ | $3.49 /box |
| 3354 | Gauze Pads, Sterile - 4" x 4" 12ply (100) | 6+ | $5.95 /box |
| 33200 | Conco "Ace-Type" Econowrap - 2" x 4.5yd (10rolls/pack) | 2+ | $4.49 /pack |
| 33300 | Conco "Ace-Type" Econowrap - 3" x 4.5yd (10rolls/pack) | 2+ | $5.49 /pack |
| 33400 | Conco "Ace-Type" Econowrap - 4" x 4.5yd (10rolls/pack) | 2+ | $6.99 /pack |
| 33600 | Conco "Ace-Type" Econowrap - 6" x 4.5yd (10rolls/pack) | 2+ | $9.99 /pack |
| DCR1 | Cervical Roll *Compares to McKenzie* *Made in the USA* | 12+ | $8.99 each |
| DLR1 | Lumbar Roll *Compares to McKenzie* *Made in the USA* | 12+ | $7.99 each |
| PRE473 | Free Up Cream - 16oz Unscented *Made in the USA* | 8+ | $11.95 each |
| WA(S,M,L) | Adjustable Heel Lift *Ok to mix & match* | 12+ | $3.25 each |
| *Mix & Match* | Trivarion Ionto Electrodes (Sm, Med, Lg, Butterfly) | 6+ | $45.95 /box |
| 71097 | Cervical, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 70596 | Standard, Heavy Duty Cold Versa Pac | 6+ | $8.95 each |
| 71598 | Oversize, Heavy Duty Cold Versa Pac | 6+ | $14.95 each |
| C501 | Core Hot Pack - 24" Cervical *Made in the USA* | 6+ | $8.56 each |
| C502 | Core Hot Pack - 15" x 24" Oversize *Made in the USA* | 6+ | $16.88 each |
| C500 | Core Hot Pack - 10" x 12" Standard *Made in the USA* | 6+ | $7.56 each |
| 232(S,M,L,XL) | Latex Exam Gloves (100/box) | 10+ | $5.50 /box |
| 233(S,M,L,XL) | Latex Exam Gloves, Powder Free (100/box) | 10+ | $6.25 /box |
| 260(X)/261(X) | Vinyl Exam Gloves, Powder or Powder Free (100/box) | 10+ | $5.50 /box |
| 251(S,M,L,XL) | Nitrile Exam Gloves, Blue (100/box) | 10+ | $5.85 /box |
| SPRING90952 | Springfield Minute Master Big Digit Timer | 6+ | $6.99 each |
| TP2(T,Y,R,G,B) | Thera-Putty - 2oz (Tan, Yellow, Red, Green or Blue) | 12+ | $1.99 each |
| TP4(T,Y,R,G,B) | Thera-Putty - 4oz (Tan, Yellow, Red, Green or Blue) | 12+ | $2.99 each |
| TP16(T,Y,R,G,B) | Thera-Putty - 1lb (Tan, Yellow, Red, Green or Blue) | 12+ | $11.95 each |

Sale Ends December 31, 2013